1  CHRISTINE D. CALARESO (SBN 222306)
   ccalareso@cmbg3.com
2  CMBG3 LAW
   100 Spectrum Center Drive, Suite 820
3  Irvine, CA 92618-4972
   415 Mission Street Suite 5600
4  San Francisco, CA 94105-2616
   *Telephone:*     949.467.9500
5  *Facsimile:*     949.377.3355

6  MICHAEL E. SANDGREN (SBN 179120)
   Michael.Sandgren@huschblackwell.com
7  HUSCH BLACKWELL LLP
   1999 Harrison St., Suite 700
8  Oakland, CA 94612
   *Telephone:*     510.768.0650
9  *Facsimile:*     510.768.0651

10 Attorneys for Defendant
   AURORA PUMP COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MICHAEL and VICTORIA MARCUS, | CASE NO. 4:22-CV-09058-HSG |
|---|---|
| Plaintiffs, | *Alameda County Superior Court Case No. 22CV021840* |
| v. | **DEFENDANT AURORA PUMP COMPANY'S MOTION FOR ORDER AND ORDER PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |
| AIR & LIQUID SYSTEMS CORPORATION, *et al.*, | |
| Defendants. | **(CIV. L.R. 7-11 AND 11-5)** |

Pursuant to Civil L.R. 7-11 and 11-5, Defendant Aurora Pump Company hereby moves the Court for an order permitting the withdrawal of its counsel of record, Christine D. Calareso of CMBG3 Law, and the appearance to substitute counsel Michael E. Sandgren of Husch Blackwell LLP, on its behalf in this action. Defendant Aurora Pump Company respectfully submits that said substitution of counsel is in the interest of justice.

CMBG3 Law and Husch Blackwell LLP consent to such withdrawal and substitution of

counsel.

Accordingly, Defendant Aurora Pump Company respectfully requests that the Court enter an order reflecting this change, and that all necessary changes be made to the Court's records and ECF, and that all future communications regarding this case be directed to the following:

> MICHAEL E. SANDGREN
> HUSCH BLACKWELL LLP
> 1999 Harrison St., Suite 700
> Oakland, CA 94612
> *Telephone:*   510.768.0650
> *Facsimile:*    510.768.0651
> *Email:* Michael.Sandgren@huschblackwell.com

This motion is not made for purposes of delay or any other improper purpose. WHEREFORE, Defendant Aurora Pump Company respectfully requests this Court enter its Order permitting withdrawal and substitution of counsel for Defendant Aurora Pump Company, and update the Court's ECF system for this case by removing Christine D. Calareso of CMBG3 Law as counsel of record and substituting in their place Michael E. Sandgren of Husch Blackwell LLP as counsel of record for Aurora Pump Company.

Dated: April 21, 2023

CMBG3 LAW

By: _____
CHRISTINE D. CALARESO

Former Attorneys for Defendant
AURORA PUMP COMPANY

Dated: April 21, 2023

HUSCH BLACKWELL LLP

By: _____
MICHAEL E. SANDGREN

Attorneys for Defendant
AURORA PUMP COMPANY

# ORDER

Having reviewed and considered Defendant Aurora Pump Company's Motion for Order Permitting Withdrawal and Substitution of Counsel, and good cause appearing, the Court hereby orders that Christine D. Calareso of CMBG3 Law be permitted to withdraw as counsel of record, and Michael E. Sandgren of Husch Blackwell LLP may appear as substitute counsel of record for Husch Blackwell LLP. The Court's ECF system shall be updated to reflect these changes.

IT IS SO ORDERED.

Dated:  4/25/2023

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
*Judge of the United States District Court*
*Northern District of Califiornia*