UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. MARCUS and VICTORIA L. MARCUS,<br><br>Plaintiffs,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION. et al.,<br><br>Defendants. | CASE NO. 4:22-cv-09058-HSG<br><br>**ORDER APPROVING STIPULATION FOR INTERVENORS TO FILE AN ANSWER-IN-INTERVENTION** |

Having read and considered the parties' Stipulation for Intervenors to File an Answer-in-Intervention, and good cause appearing therefor,

IT IS HEREBY ORDERED that said Stipulation is granted and the Answer-in-Intervention by Hartford Accident and Indemnity Company, Hartford Casualty Insurance Company, Zurich American Insurance Company, Argonaut Insurance Company, and Fireman's Fund Insurance Company, as insurers of Defendant Syd

///

///

1  Carpenter, Marine Contractor, Inc., a suspended California corporation, shall be filed
2  within ten days of the Court executing this Order.

DATED: 5/25/2023                    By: /s/ Haywood S. Gilliam Jr.
                                         HON. HAYWOOD S. GILLIAM, JR.