**MAUNE.RAICHLE.HARTLEY.FRENCH & MUDD, LLC**
David L. Amell, Esq.   (State Bar No. 227207)
Rabiah N. Oral, Esq.   (State Bar No. 319905)
1900 Powell Street, Suite 200
Emeryville, California 94608
Telephone:  (800) 358-5922
Facsimile:  (314) 241-4838
damell@mrhfmlaw.com
roral@mrhfmlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. MARCUS and VICTORIA L. MARCUS,<br><br>          Plaintiffs,<br><br>vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, *et.al.*<br><br>          Defendants. | Case No.: 4:22-cv-09058-HSG<br><br>[Alameda County Superior Court Case No.: 22CV021840]<br><br>**ORDER DENYING PLAINTIFFS' *EX PARTE* APPLICATION FOR AN ADVANCED HEARING ON PLAINTIFFS' MOTION  FOR PREFERENCE**<br><br>Courtroom:    06, 17th Floor<br>District Judge: Hon. Haywood S. Gilliam Jr.<br><br>Filed in State Court: November 15, 2022<br>Removed to NDCA: December 21, 2022<br>Trial Date:       Not yet set. |

ORDER DENYING  PLAINTIFFS' *EX PARTE* APPLICATION FOR AN ADVANCED HEARING ON PLAINTIFFS' MOTION FOR PREFERENCE [Case No. 4:22-cv-09058-HSG]

1    AND NOW, this _____ day of _____, 2023, having fully
2  considered the matter, Plaintiffs' *Ex Parte* Application for an Advanced Hearing on Plaintiffs'
3  Motion for Preference is hereby GRANTED.
4    Plaintiffs' Motion for Preference shall now be heard on October 23, 2023 concurrently
5  with the telephonic Initial Case Management Conference.
6    Any opposition filings shall be due on October 19, 2023.
7    Plaintiffs have waived reply.
8    IT IS SO ORDERED.
9
10  DATED: 10/12/2023                         _____
11                                            Hon. H[aywood S. Gilliam Jr.]
                                              UNITE[D STATES DISTRICT] JUDGE

**DENIED**
*Haywood S. Gilliam Jr.*
Judge Haywood S. Gilliam Jr.

---

1
ORDER DENYING PLAINTIFFS' *EX PARTE* APPLICATION SEEKING AN ORDER ON PLAINTIFFS'
MOTION TO REMAND [Case No. 4:22-cv-09058-HSG]