| | |
|---|---|
| 1 | KEVIN D. JAMISON (Bar No. 222105) |
|   | kjamison@jec-legal.com |
| 2 | ERIN N. EMPTING (Bar No. 272130) |
|   | eempting@jec-legal.com |
| 3 | JUSTIN F. CRONIN (Bar No. 260188) |
|   | jcronin@jec-legal.com |
| 4 | JAMISON EMPTING CRONIN, LLP |
|   | 825 East 4th Street, Suite 204 |
| 5 | Los Angeles, California 90013 |
|   | Telephone (213) 246-2732 |
| 6 | Facsimile (626) 314-1833 |

Attorneys for Defendant Paramount Global, f/k/a, ViacomCBS Inc., f/k/a CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. MARCUS and VICTORIA L. MARCUS, | Case No: 4:22-cv-09058-HSG |
| Plaintiffs, | *[Removed from Alameda County Superior Court Case No. 22CV021840]* |
| vs. | **ORDER GRANTING STIPULATION RE DISMISSAL WITHOUT PREJUDICE OF DEFENDANT PARAMOUNT GLOBAL** |
| AIR & LIQUID SYSTEMS CORPORATION, successor-by-merger to BUFFALO PUMPS, INC., et al, | |
| Defendants. | Judge: Hon. Haywood S. Gilliam Jr. |
| | Courtroom.: 02, 4th Floor |
| | Case Filed: November 15, 2022 |
| | Removed on: December 21, 2022 |
| | Trial Date: None Set |

The Court, having reviewed the Stipulation re Dismissal without Prejudice of Defendant Paramount Global, and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant MICHAEL R. MARCUS and VICTORIA L. MARCUS, and Defendant PARAMOUNT GLOBAL, f/k/a VIACOMCBS INC., f/k/a CBS CORPORATION, a Delaware corporation, f/k/a VIACOM INC., successor by merger to CBS CORPORATION, a Pennsylvania corporation, f/k/a WESTINGHOUSE ELECTRIC

1

1  CORPORATION ("Westinghouse") shall be Dismissed without Prejudice from this action, with a
2  mutual waiver of costs.

4  Dated: 10/16/2023

_____
Honorable Haywood S. Gilliam Jr., Judge
United States District Court,
for the Northern District of California