UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL R. MARCUS, et al.,

    Plaintiffs,

    v.

AIR & LIQUID SYSTEMS CORPORATION, et al.,

    Defendants.

Case No. 22-cv-09058-HSG

**SCHEDULING ORDER**

A case management conference was held on October 23, 2023. Having considered the parties' proposals, *see* Dkt. No. 236, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | December 22, 2023 |
| Close of Fact Discovery | January 31, 2024 |
| Exchange of Opening Expert Reports | February 9, 2024 |
| Exchange of Rebuttal Expert Reports | March 1, 2024 |
| Close of Expert Discovery | March 21, 2024 |
| Dispositive Motion Hearing Deadline | May 9, 2024, at 2:00 p.m. |
| Pretrial Conference | August 6, 2024, at 3:00 p.m. |
| Jury Trial (20 trial days) | August 26, 2024, at 8:30 a.m. |

//

//

//

//

1    These dates may only be altered by order of the Court and only upon a showing of good
2    cause. The parties are directed to review and comply with this Court's standing orders. This order
3    terminates Dkt. No. 236.

**IT IS SO ORDERED.**

Dated: 11/7/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge

2