EDWARD E. HARTLEY, State Bar No. 122892
ehartley@wfbm.com
MARIAM PAMBUKYAN, State Bar No. 343651
mpambukyan@wfbm.com
WFBM, LLP
255 California Street, Suite 525
San Francisco, California 94111-4928
Telephone:  (415) 781-7072
Facsimile:   (415) 391-6258

Attorneys for Defendant GTE OPERATIONS SUPPORT INCORPORATED, erroneously named and sued herein as VERIZON COMMUNICATIONS, INC. Individually and as successor in interest to GTE CORPORATION, successor in interest to ZINSCO ELECTRICAL PRODUCTS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| MICHAEL R. MARCUS and VICTORIA L. MARCUS,<br><br>Plaintiffs,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>Defendants. | Case No. 4:22-cv-09058-HSG<br><br>**STIPULATION AND ORDER TO DISMISS GTE OPERATIONS SUPPORT INCORPORATED, erroneously named and sued herein as VERIZON COMMUNICATIONS, INC., Individually and as successor in interest to GTE CORPORATION, successor in interest to ZINSCO ELECTRIC PRODUCTS**<br><br>Judge:  Hon. Haywood S. Gilliam, Jr. |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Counsel for Plaintiffs Michael R. Marcus and Victoria L. Marcus ("Plaintiffs") and counsel for Defendant GTE Operations Support Incorporated, erroneously named and sued herein as Verizon Communications, Inc., individually and as successor-in-interest to GTE Corporation, successor in interest to Zinsco Electric Products ("GTE Operations Support"), hereby stipulate and agree to dismiss without prejudice all

claims and counterclaims stated herein against GTE Operations Support without prejudice, pursuant to Federal Rule of Civil Procedure 41(a).

Each party to bear their own costs.

**IT IS SO STIPULATED.**

Dated: January  08 , 2024            MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC

By: _____
RABIAH N. ORAL
Attorneys for Plaintiffs
MICHAEL R. MARCUS
VICTORIA L. MARCUS

Dated: January  8 , 2024            WFBM, LLP

By: _____
EDWARD E. HARTLEY
MARIAM PAMBUKYAN
Attorneys for Defendant GTE OPERATIONS SUPPORT INCORPORATED, erroneously named and sued herein as VERIZON COMMUNICATIONS, INC. Individually and as successor in interest to GTE CORPORATION, successor in interest to ZINSCO ELECTRICAL PRODUCTS

**ORDER**

Having read and considered the foregoing stipulation of parties, and good cause appearing:

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  1/10/2024

_____
Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT COURT JUDGE