**MAUNE.RAICHLE.HARTLEY.FRENCH & MUDD, LLC**
David L. Amell, Esq.   (State Bar No. 227207)
Rabiah N. Oral, Esq.   (State Bar No. 319905)
1900 Powell Street, Suite 200
Emeryville, California 94608
Telephone:  (800) 358-5922
Facsimile:  (314) 241-4838
damell@mrhfmlaw.com
roral@mrhfmlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. MARCUS and VICTORIA L. MARCUS,<br><br>    Plaintiffs,<br><br>vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, *et.al.*<br><br>    Defendants. | Case No.: 4:22-cv-09058-HSG<br><br>[Alameda County Superior Court Case No.: 22CV021840]<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND ORDER**<br><br>Courtroom:   02, 4th Floor<br>District Judge: Hon. Haywood S. Gilliam Jr.<br><br>Filed in State Court: November 15, 2022<br>Removed to NDCA: December 21, 2022<br>Trial Date:   August 26, 2024. |

STIPULATION OF DISMISSAL WITHOUT PREJUDICE [Case No. 4:22-cv-09058-HSG]

1  TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2  **PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure Section 41(a)(1)(A)(i)(ii), Plaintiffs Michael R. Marcus and Victoria L. Marcus ("Plaintiffs") and Defendant Parker Hannifin Corporation as Successor-In-Interest to Sacomo-Sierra. ("Defendant") hereby stipulates as follows:

1. On November 15, 2022, Plaintiffs filed their Complaint for Personal Injury and Loss of Consortium – Asbestos in the Superior Court of the State of California, Couty of Alameda Case No. 22CV021840.

2. On December 21, 2022, the above action was removed to the United States District Court, Northern District of California, Case No. 4:22-09058.

4. On January 11, 2024, Plaintiffs and Defendant reached an agreement of all claims in this action.

Based on the foregoing facts, Plaintiffs and Defendant stipulate and agree to the following:

This Court should dismiss this Action in its entirety against Defendant Parker Hannifin Corporation as Successor-In-Interest to Sacomo-Sierra, only, without prejudice. Each party to bear its own fees and cost.

DATED: January 23, 2024          Maune Raichle Hartley French & Mudd LLC

                                  By: _____
                                       Rabiah N. Oral
                                       Attorney for Plaintiffs

DATED: February 5, 2024          By: _____
                                       E. Reno Cross
                                       Attorney for Defendant
                                       Parker-Hannifin Corporation

**ORDER**

Having read and considered the foregoing stipulation of parties, and good cause appearing:

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 2/5/2024

_Haywood S. Gilliam Jr._
Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT COURT JUDGE