Edward R. Hugo [Bar No. 124839]
Robert J. Bugatto [Bar No. 209418]
HUGO PARKER, LLP
240 Stockton Street, 8th Floor
San Francisco, CA 94108
Telephone: (415) 808-0300
Facsimile: (415) 808-0333
Email: service@hugoparker.com

Attorneys for Defendant FOSTER WHEELER
ENERGY CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MARCUS, et. al.,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>AIR & LIQUID SYSTEMS CORP. et al.,<br><br>　　　　Defendants. | Case No. 4:22-cv-09058-HSG<br><br>ORDER DENYING DEFENDANT FOSTER WHEELER ENERGY CORPORATION'S EX PARTE APPLICATION TO QUASH THE DEPOSITION OF PLAINTIFF'S EXPERT CAPTAIN FRANCES BURGER<br><br>Judge:　　　　　　Hon. Haywood S. Gilliam, Jr.<br>Courtroom:　　　　2<br>Complaint filed:　November 19, 2023<br>Removal filed:　　December 21, 2022<br>Trial date:　　　　September 9, 2024 |

Defendant FOSTER WHEELER ENERGY CORPORATION's ex parte application to quash notice of the deposition of expert witness Captain Frances Burger, or, in the alternative, to stay his deposition pending ruling on Defendants' motion to exclude Captain Frances Burger, is hereby DENIED.

3/19/2024
Date

DENIED
Haywood S. Gilliam Jr.
Judge Haywood S. Gilliam Jr.
United States District Judge