**MAUNE.RAICHLE.HARTLEY.FRENCH & MUDD, LLC**
David L. Amell, Esq.   (State Bar No. 227207)
Rabiah N. Oral, Esq.   (State Bar No. 319905)
1900 Powell Street, Suite 200
Emeryville, California 94608
Telephone:  (800) 358-5922
Facsimile:  (314) 241-4838
damell@mrhfmlaw.com
roral@mrhfmlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. MARCUS and VICTORIA L. MARCUS,<br><br>            Plaintiffs,<br><br>vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, *et.al.*<br><br>            Defendants. | Case No.: 4:22-cv-09058-HSG<br><br>[Alameda County Superior Court Case No.: 22CV021840]<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT SYD CARPENTER, MARINE CONTRACTOR, INC.; ORDER**<br><br>Courtroom:    02, 4th Floor<br>District Judge: Hon. Haywood S. Gilliam Jr.<br><br>Filed in State Court: November 15, 2022<br>Removed to NDCA: December 21, 2022<br>Trial Date:       August 26, 2024. |

STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT SYD CARPENTER, MARINE CONTRACTOR, INC. [Case No. 4:22-cv-09058-HSG]

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure Section 41(a)(1)(A)(i)(ii), Plaintiffs Michael R. Marcus and Victoria L. Marcus ("Plaintiffs") and Defendant Syd Carpenter, Marine Contractor, Inc., only, ("Defendant") hereby stipulates as follows:

1. On November 15, 2022, Plaintiffs filed their Complaint for Personal Injury and Loss of Consortium – Asbestos in the Superior Court of the State of California, Couty of Alameda Case No. 22CV021840.

2. On December 21, 2022, the above action was removed to the United States District Court, Northern District of California, Case No. 4:22-09058.

4. On March 22, 2024, Plaintiffs and Defendant reached an agreement on all allegations, if any, related to exposure to asbestos post December 31, 1979 as to Defendant Syd Carpenter, Marine Contractor, Inc., only.

Based on the foregoing facts, Plaintiffs and Defendant stipulate and agree to the following:

This Court should dismiss with prejudice all allegations, if any, related to exposure to asbestos post December 31, 1979 as to Defendant Syd Carpenter, Marine Contractor, Inc., only.

DATED: March 25, 2024  Maune Raichle Hartley French & Mudd LLC

By: _____
Rabiah N. Oral
Attorney for Plaintiffs

DATED: March 25, 2024  By: __/s/ Arpi Galfayan_____
Arpi Galfayan, Esq.
Attorney for Intervenors, Hartford Accident and Indemnity Company, Hartford Casualty Insurance Company, Zurich American Insurance Company, Argonaut Insurance Company, and Fireman's Fund Insurance Company, insurers of Defendant Syd Carpenter, Marine Contractor, Inc., a suspended California Corporation

**LOCAL RULE 5-1(i)(3) SERVICE AND FILING OF PLEADINGS AND OTHER PAPERS**

In accordance with L.R5-1(i)(3), I, Rabiah N. Oral, attest that all signatories identified above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: March 25, 2024                    By: _____
                                              Rabiah N. Oral, Esq.
                                              Attorney for Plaintiffs

## **ORDER**

Having read and considered the foregoing stipulation of parties, and good cause appearing:

PURSUANT TO STIPULATION, IT IS SO ORDERED that SYD CARPENTER, MARINE CONTRACTOR, INC., is dismissed with prejudice from all allegations, if any, related to exposure to asbestos post December 31, 1979.

IT IS SO ORDER.

DATED:   3/26/2024

*Haywood S. Gilliam, Jr.*
Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT COURT JUDGE