**MAUNE.RAICHLE.HARTLEY.FRENCH & MUDD, LLC**
David L. Amell, Esq.   (State Bar No. 227207)
Rabiah N. Oral, Esq.   (State Bar No. 319905)
1900 Powell Street, Suite 200
Emeryville, California 94608
Telephone:  (800) 358-5922
Facsimile:  (314) 241-4838
damell@mrhfmlaw.com
roral@mrhfmlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. MARCUS and VICTORIA L. MARCUS,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, *et.al.*<br><br>　　　　Defendants. | Case No.: 4:22-cv-09058-HSG<br><br>[Alameda County Superior Court Case No.: 22CV021840]<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE; ORDER**<br><br>Courtroom:   02, 4th Floor<br>District Judge: Hon. Haywood S. Gilliam Jr.<br><br>Filed in State Court: November 15, 2022<br>Removed to NDCA: December 21, 2022<br>Trial Date:        August 26, 2024. |

STIPULATION OF DISMISSAL WITHOUT PREJUDICE [Case No. 4:22-cv-09058-HSG]

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure Section 41(a)(1)(A)(i)(ii), Plaintiffs Michael R. Marcus and Victoria L. Marcus ("Plaintiffs") and Defendant Redco Corporation, formerly known as Crane Co., Individually and as Successor-In-Interest to Cochrane Corporation, only, ("Defendant") hereby stipulates as follows:

1. On November 15, 2022, Plaintiffs filed their Complaint for Personal Injury and Loss of Consortium – Asbestos in the Superior Court of the State of California, Couty of Alameda Case No. 22CV021840.

2. On December 21, 2022, the above action was removed to the United States District Court, Northern District of California, Case No. 4:22-09058.

4. On March 25, 2024, Plaintiffs and Defendant reached an agreement of all claims in this action.

Based on the foregoing facts, Plaintiffs and Defendant stipulate and agree to the following:

This Court should dismiss this Action in its entirety against Redco Corporation, formerly known as Crane Co., Individually and as Successor-In-Interest to Cochrane Corporation., only, without prejudice.

DATED: March 28, 2024         Maune Raichle Hartley French & Mudd LLC

                              By: _____
                                  Rabiah N. Oral
                                  Attorney for Plaintiffs

DATED: March 28, 2024         K&L GATES LLP

                              By: _____
                                  Damon M. Pitt, Esq.
                                  Attorney for Redco Corporation, formerly
                                  known as Crane Co.

1
STIPULATION OF DISMISSAL WITHOUT PREJUDICE [Case No. 4:22-cv-09058-HSG]

**LOCAL RULE 5-1(i)(3) SERVICE AND FILING OF PLEADINGS AND OTHER PAPERS**

In accordance with L.R5-1(i)(3), I, Rabiah N. Oral, attest that all signatories identified above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: March 28, 2024                    By: _____
                                         Rabiah N. Oral, Esq.
                                         Attorney for Plaintiffs

**ORDER**

Having read and considered the foregoing stipulation of parties, and good cause appearing:

PURSUANT TO STIPULATION, IT IS SO ORDERED that REDCO CORPORATION, formerly known as CRANE CO., Individually and as Successor-In-Interest to COCHRANE CORPORATION, only, is dismissed without prejudice from this Action in its entirety.

IT IS SO ORDER.

DATED: 3/28/2024

_____
Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT COURT JUDGE