Edward R. Hugo [Bar No. 124839]
Robert J. Bugatto [Bar No. 209418]
HUGO PARKER, LLP
90 New Montgomery Street, Suite 1010
San Francisco, CA 94105
Telephone: (415) 808-0300
Facsimile: (415) 808-0333
Email: service@hugoparker.com

Attorneys for Defendant
FOSTER WHEELER ENERGY CORPORATION,
EATON CORPORATION, and,
BWDAC, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MARCUS, et. al., <br><br> Plaintiffs, <br><br> vs. <br><br> AIR & LIQUID SYSTEMS CORP. et al., <br><br> Defendants. | Case No. 4:22-cv-09058-HSG <br><br> ORDER GRANTING DEFENDANT FOSTER WHEELER ENERGY CORPORATION, EATON CORPORATION AND BWDAC, INC.'S MOTION FOR TELEPHONIC APPEARANCE AT APRIL 23, 2024 CASE MANAGEMENT CONFERENCE (as modified) <br> Date:    April 23, 2024 <br> Time:    1:00 p.m. <br> Place:   Oakland Courthouse, 4th Floor <br> Courtroom: 2 <br> Judge:   Hon. Haywood S. Gilliam, Jr. <br><br> Action filed:    November 15, 2022 <br> Removal filed:  January 26, 2023 <br> Trial date:      September 9, 2024 |

Defendants FOSTER WHEELER ENERGY CORPORATION, EATON CORPORATION and BWDAC, INC.'s motion to be excused from in person appearance and to appear telephonically at the April 23, 2024 Case Management Conference in the above referenced action is hereby GRANTED.  The dial-in information and instructions remain same as previously provided in docket no. 195.

IT IS SO ORDERED.

Date: 4/22/2024

*Haywood S. Gilliam, Jr.*
Hon. Haywood S. Gilliam, Jr.
United States District Judge

1