1  CHRISTINE D. CALARESO (SBN 222306)
   ccalareso@cmbg3.com
2  JONATHON D. SAYRE (SBN 262146)
   jsayre@cmbg3.com
3  ELIZABETH R. BAIN (SBN 255265)
   ebain@cmbg3.com
4  CMBG3 LAW P.C.
   100 Spectrum Center Drive, Suite 820
5  Irvine, California 92618
   Telephone: (949) 467-9500
6  Facsimile: (949) 377-3355

7  Attorneys for Defendant
   ARMSTRONG INTERNATIONAL, INC.
8

# IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| MICHAEL R. MARCUS and VICTORIA L. MARCUS, | Case No.: 4:22-cv-09058-**HSG** |
|---|---|
| Plaintiffs, | [Alameda County Superior Court Case No. 22CV021840] |
| v. | **ORDER GRANTING DEFENDANT ARMSTRONG INTERNATIONAL, INC. 'S MOTION FOR TELEPHONIC APPEARANCE AT APRIL 23, 2024 CASE MANAGEMENT CONFERENCE (as modified)** |
| AIR & LIQIUID SYSTEMS CORPORATION, et al. | |
| Defendants. | Date: April 23, 2024<br>Time: 1:00 p.m.<br>Crtrm.: 2 - 4th Floor |
| | Filed in State Court: November 15, 2022<br>Removed to NDCA: December 21, 2022<br>Trial Date: September 9, 2024 |

Defendant ARMSTRONG INTERNATIONAL, INC.'s motion to be excused from in person appearance and to appear telephonically at the April 23, 2024 Case Management Conference in the above referenced action is hereby GRANTED. The dial-in information and instructions remain the same as previously provided in docket no. 195.

IT IS SO ORDERED.

DATE: 4/22/2024

*Haywood S. Gilliam Jr.*

Hon. Haywood S. Gillam, Jr.
United States District Judge