CHRISTINE D. CALARESO (SBN 222306)
ccalareso@cmbg3.com
JONATHON D. SAYRE (SBN 262146)
jsayre@cmbg3.com
ELIZABETH R. BAIN (SBN 255265)
ebain@cmbg3.com
CMBG3 LAW P.C.
100 Spectrum Center Drive, Suite 820
Irvine, California 92618
Telephone: (949) 467-9500
Facsimile: (949) 377-3355

Attorneys for Defendant
THE WILLIAM POWELL COMPANY

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. MARCUS and VICTORIA L. MARCUS,<br><br>Plaintiffs,<br><br>v.<br><br>AIR & LIQIUID SYSTEMS CORPORATION, et al.<br><br>Defendants. | Case No.: 4:22-cv-09058-**HSG**<br><br>[Alameda County Superior Court Case No. 22CV021840]<br><br>**ORDER GRANTING DEFENDANT THE WILLIAM POWELL COMPANY'S MOTION FOR TELEPHONIC APPEARANCE AT APRIL 23, 2024 CASE MANAGEMENT CONFERENCE (as modified)**<br><br>Date: April 23, 2024<br>Time: 1:00 p.m.<br>Crtrm.: 2 - 4th Floor<br><br>Filed in State Court: November 15, 2022<br>Removed to NDCA: December 21, 2022<br>Trial Date: September 9, 2024 |

Defendant THE WILLIAM POWELL COMPANY's motion to be excused from in person appearance and to appear telephonically at the April 23, 2024 Case Management Conference in the above referenced action is hereby GRANTED. The dial-in information and instructions remain the same as previously provided in docket no. 195.

IT IS SO ORDERED.

DATE: 4/22/2024

*Haywood S. Gillam Jr.*
Hon. Haywood S. Gillam, Jr.
United States District Judge

1
ORDER GRANTING DEFENDANT ARMSTRONG INTERNATIONAL, INC. 'S MOTION FOR
TELEPHONIC APPEARANCE AT APRIL 23, 2024 CASE MANAGEMENT CONFERENCE