United States District Court<br>Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL R. MARCUS an individual,

Plaintiff(s),

v.

Air & Liquid Systems Corporation, et al.

Defendant(s).

Case No. 4:22-cv-09058-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Meghan B. Senter, an active member in good standing of the bar of State of Louisiana, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Greene, Tweed & Co., Inc. in the above-entitled action. My local co-counsel in this case is Lindsay Weiss, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 268076.

| | |
|---|---|
| One Canal Place, 365 Canal Street, Suite 3000 New Orleans, LA 70130 | 444 South Flower Street, Suite 4100 Los Angeles, CA 90071 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (504) 535-2879 | (213) 694-4206 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| msenter@mgmlaw.com | lweiss@mgmlaw.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 34088.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court ___1___ times in the 12 months preceding this application.

United States District Court
Northern District of California

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2   the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3   Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4   Dated: April 16, 2024                                    *Meghan B. Senter*
                                                              APPLICANT

5

6

7

8                          ORDER GRANTING APPLICATION

9                     FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11    IT IS HEREBY ORDERED THAT the application of  Meghan B. Senter          is

12   granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13   must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14   counsel designated in the application will constitute notice to the party.

15   Dated:          4/22/2024

16

17   _____
                 UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

Updated 11/2021                          2

# United States of America

## State of Louisiana

## Supreme Court of the State of Louisiana

I, VERONICA ODINET KOCLANES, Clerk of the Supreme Court of the State of

Louisiana, do hereby certify that

### *MEGHAN B. SENTER ESQ., #34088*

was duly admitted and licensed to practice as an attorney and counselor at law in this Court

and the several courts of the State of Louisiana, on the 20th Day of October, 2011 A.D.; and is

currently in good standing, and sufficiently qualified to perform the duties of an attorney and

counselor at law.

IN   WITNESS   WHEREOF,   I   hereunto   sign

my   name   and   affix   the    seal   of   this   Court,   at

the   City   of   New   Orleans,   this   the   2nd   Day   of

April, 2024, A.D.

**Clerk of Court**
**Supreme Court of Louisiana**