John R. Brydon [Bar No. 83365]
Edward P. Tugade [Bar No. 226797]
**DEMLER, ARMSTRONG & ROWLAND, LLP**
101 Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 949-1900; Fax: (415) 354-8380
Emails: bry@darlaw.com; tug@darlaw.com

Attorneys for Defendant PNEUMO ABEX LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. MARCUS and VICTORIA L. MARCUS, | Case No. 4:22-cv-09058-HSG |
| Plaintiffs, | ORDER DENYING DEFENDANT PNEUMO ABEX LLC'S MOTION FOR TELEPHONIC APPEARANCE AT THE APRIL 23, 2024 CASE MANAGEMENT CONFERENCE |
| vs. | |
| AIR & LIQUID SYSTEMS CORPORATION, *et al.* | Date: April 23, 2024 |
| Defendants. | Time: 1:00 PM |
| | Place: Oakland Courthouse, 4th Floor |
| | Courtroom: 2 |
| | Judge: Hon. Haywood S. Gilliam, Jr. |
| | Filed in State Court: November 15, 2022 |
| | Removed to NDCA: January 26, 2023 |
| | Trial Date: September 9, 2024 |

   Defendant PNEUMO ABEX LLC's Motion for Telephonic Appearance at the April 23, 2024 Case Management Conference in the above referenced action is hereby **DENIED.**

IT IS SO ORDERED

Dated: 4/23/2024

                                                                  
HONORABLE HAYWOOD S. GILLIAM, JR.

[DENIED stamp with signature of Judge Haywood S. Gilliam Jr.]

1

ORDER GRANTING DEFENDANT PNEUMO ABEX LLC'S MOTION FOR TELEPHONIC
APPEARANCE AT THE APRIL 23, 2024 CASE MANAGEMENT CONFERENCE