UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. MARCUS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>Defendants. | Case No. 22-cv-09058-HSG<br><br>**ORDER TO SHOW CAUSE** |

To join a fellow litigant's briefing, Defendants in this action have filed documents styled as notices (e.g. Dkt. No. 444) and as motions (e.g. Dkt. No. 412). Though the filings appear to serve the same purpose, the latter, based on the filing format selected by the filing defendant, are assigned a gavel on ECF. The Court **ORDERS** Defendants to show cause why the Court should not terminate all gavels associated with their dozens of "motions for joinder."[1] Rather than requiring separate resolution, it appears to the Court that it can simply consider these filings in the course of evaluating the underlying, joined motions. Defendants must file a single response (no greater than 2 pages in length) by May 23, 2024.

The Court further observes that the parties did not respond to the Court's order directing them to identify whether and at what docket numbers any replies were filed in support of the motions appearing at Dkt. Nos. 354, 362, 396, 407, or 409. *See* Dkt. No. 517. The Court **DIRECTS** the parties to file a single response also by May 23, 2024, and moreover to scrupulously heed Court orders moving forward. The Court's time is poorly spent supervising and

---

[1] Defendants' gaveled motions for joinder appear at Dkt. Nos.: 278, 279, 290, 281, 282, 287, 294, 355, 358, 364, 365, 366, 370, 371, 373, 374, 378, 379, 380, 381, 383, 385, 386, 387, 390, 392, 393, 394, 395, 397, 405, 406, 411, and 412.

enforcing the parties' compliance with straightforward directives.

**IT IS SO ORDERED.**

Dated: May 16, 2024

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge