UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Michael R. Marcus,

Plaintiff(s),

v.

Air & Liquid Systems Corp,

Defendant(s).

Case No. 4:22-CV-09058-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, James A Lowery, III, an active member in good standing of the bar of Florida, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Velan Valve Corporation in the above-entitled action. My local co-counsel in this case is Glen R. Powell, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 219453.

| 2200 Ross Ave, Ste. 3700, Dallas, TX 75201 | 1111 Broadway #1700, Oakland, CA 94607 |
|---|---|
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 214-231-4660 | 510-463-8600 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| jlowery@grsm.com | gpowell@grsm.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 0896380.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 08/06/2024                                                James A Lowery, III
                                                                                APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of James A Lowery, III is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:      8/6/2024

_Haywood S. Gill, Jr._
UNITED STATES DISTRICT JUDGE



# The Florida Bar

651 East Jefferson Street
Tallahassee, FL 32399-2300

Joshua E. Doyle
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida   )

County of Leon   )

In Re:  0896380
James Aubury Lowery III
Gordon & Rees
2200 Ross Ave Ste 3700
Dallas, TX 75201-2794

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **October 1, 1991**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this  9th  day of **July, 2024**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-294170



### Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*James Lowery III, Esq.*

**DATE OF ADMISSION**

*November 30, 1992*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  July 10, 2024**

*Nicole Traini*
Nicole Traini
Chief Clerk

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

July 09, 2024

Re: Mr. James A. Lowery III, State Bar Number 00797911

To Whom It May Concern:

This is to certify that Mr. James A. Lowery III was licensed to practice law in Texas on January 02, 1997, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web



## Appellate Division of the Supreme Court of the State of New York Fourth Judicial Department

I, Ann Dillon Flynn, Clerk of the Appellate Division of the Supreme Court of the State of New York, Fourth Judicial Department, do hereby certify that

### James A. Lowery, III

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **January 12, 1989**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.

In Witness Whereof, I have hereunto set my hand in the City of Rochester on July 10, 2024.

Clerk of the Court

CertID-00182557