1 | **MAUNE.RAICHLE.HARTLEY.FRENCH & MUDD, LLC**
David L. Amell, Esq.   (State Bar No. 227207)
Rabiah N. Oral, Esq.   (State Bar No. 319905)
1900 Powell Street, Suite 200
Emeryville, California 94608
Telephone:  (800) 358-5922
Facsimile:  (314) 241-4838
damell@mrhfmlaw.com
roral@mrhfmlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. MARCUS and VICTORIA L. MARCUS,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, *et al.*,<br><br>　　　　Defendants. | Case No.: 4:22-cv-09058-HSG<br><br>[Alameda County Superior Court Case No.: 22CV021840]<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE: MORSE TEC, LLC; ORDER**<br><br>Courtroom:   02, 4th Floor<br>District Judge: Hon. Haywood S. Gilliam Jr.<br><br>Filed in State Court: November 15, 2022<br>Removed to NDCA: December 21, 2022<br>Trial Date:       September 9, 2024. |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure Section 41(a)(1)(A)(i)(ii), Plaintiffs Michael R. Marcus and Victoria L. Marcus ("Plaintiffs") and Defendant Morse Tec LLC f/k/a BorgWarner Morse Tec LLC, individually and as successor-in-interest to BorgWarner Corporation, only, ("Defendant") hereby stipulates as follows:

1. On November 15, 2022, Plaintiffs filed their Complaint for Personal Injury and Loss of Consortium – Asbestos in the Superior Court of the State of California, County of Alameda Case No. 22CV021840.

2. On December 21, 2022, the above action was removed to the United States District Court, Northern District of California, Case No. 4:22-09058.

4. On March 1, 2024, Plaintiffs and Defendant reached an agreement of all claims in this action as to Defendant Morse Tec LLC f/k/a BorgWarner Morse Tec LLC, individually and as successor-in-interest to BorgWarner Corporation.

Based on the foregoing facts, Plaintiffs and Defendant stipulate and agree to the following:

This Court should dismiss with prejudice all claims against Morse Tec LLC f/k/a BorgWarner Morse Tec LLC, individually and as successor-in-interest to BorgWarner Corporation, only.

DATED: August 6, 2024         Maune Raichle Hartley French & Mudd LLC

                              By: _____
                              Rabiah N. Oral
                              Attorney for Plaintiffs


DATED: August 6, 2024         Husch Blackwell LLP

                              By: _____
                              Lisa L. Oberg
                              Paul D. Smith
                              Attorneys for Morse Tec LLC, f/k/a
                              BorgWarner Morse Tec LLC, as successor-
                              by-merger to Borg-Warner Corporation

## **ORDER**

Having read and considered the foregoing stipulation of parties, and good cause appearing:

PURSUANT TO STIPULATION, IT IS SO ORDERED that Morse Tec LLC f/k/a BorgWarner Morse Tec LLC, individually and as successor-in-interest to BorgWarner Corporation, only, is dismissed with prejudice of all claims.

IT IS SO ORDER.

DATED:   8/7/2024

Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT COURT JUDGE