UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. MARCUS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>　　　　Defendants. | Case No. 22-cv-09058-HSG<br><br>**ORDER REGARDING SANCTIONS**<br><br>Re: Dkt. Nos. 535, 536, 542 |

　　　　The Court previously ruled that sanctions against Plaintiffs' counsel and Foster Wheeler's counsel, Mr. Robert Bugatto, were appropriate based on conduct related to Mr. Burger's expert disclosures and deposition. *See* Dkt. No. 528 at 6 (ruling that sanctioning Plaintiffs' counsel was warranted for the tardy disclosure of Mr. Burger's expert report), 8 (ruling that sanctioning Mr. Bugatto was warranted for his unjustified termination of Mr. Burger's deposition). As that ruling directed, both counsel filed declarations outlining the amounts of attorneys' fees purportedly incurred as a result of their their opposing counsel's sanctionable conduct. *See* Dkt. Nos. 535 (Mr. Bugatto's declaration), 536 (declaration by Rabiah Oral, Plaintiffs' counsel). After carefully considering the amounts requested, the Court in its discretion sanctions Plaintiffs' counsel $1,926 in attorney's fees ($1,534 on behalf of Foster Wheeler and $392 on behalf of Eaton Corporation) and Mr. Bugatto $4,000 in attorney's fees. While Plaintiffs requested that the Court sanction Mr. Bugatto close to $10,000, the Court finds that figure overinclusive and inflated, and has accordingly reduced it to encompass only those fees that the Court finds reasonably claimed.

//

//

//

Counsel are directed to make these payments to opposing counsel by two weeks from the date of this order.

**IT IS SO ORDERED.**

Dated:   8/13/2024

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge