**MAUNE.RAICHLE.HARTLEY.FRENCH & MUDD, LLC**
David L. Amell, Esq.   (State Bar No. 227207)
Rabiah N. Oral, Esq.   (State Bar No. 319905)
1900 Powell Street, Suite 200
Emeryville, California 94608
Telephone:  (800) 358-5922
Facsimile:  (314) 241-4838
damell@mrhfmlaw.com
roral@mrhfmlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. MARCUS and VICTORIA L. MARCUS,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, *et al.*,<br><br>　　　　Defendants. | Case No.: 4:22-cv-09058-HSG<br><br>[Alameda County Superior Court Case No.: 22CV021840]<br><br>**PROVISIONAL STIPULATION OF DISMISSAL WITH PREJUDICE: IMO INDUSTRIES; ORDER (as modified)**<br><br>Courtroom:    02, 4th Floor<br>District Judge: Hon. Haywood S. Gilliam Jr.<br><br>Filed in State Court: November 15, 2022<br>Removed to NDCA: December 21, 2022<br>Trial Date:         September 9, 2024. |

PROVISIONAL STIPULATION OF DISMISSAL WITH PREJUDICE: IMO INDUSTRIES [Case No. 4:22-cv-09058-HSG]

1  **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

2  **PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure Section
3  41(a)(1)(A)(i)(ii), Plaintiffs Michael R. Marcus and Victoria L. Marcus ("Plaintiffs") and IMO
4  Industries, Inc., Individually and as successor in interest to Delaval Turbine Inc. and Sharples,
5  Inc., ("Defendant") hereby stipulates as follows:

6  1. On November 15, 2022, Plaintiffs filed their Complaint for Personal Injury and Loss
7  of Consortium – Asbestos in the Superior Court of the State of California, Couty of Alameda
8  Case No. 22CV021840.

9  2. On December 21, 2022, the above action was removed to the United States District
10  Court, Northern District of California, Case No. 4:22-09058.

11  4. On March 11, 2024, Plaintiffs and Defendant reached an agreement of all claims in
12  this action.

13  5. The terms of settlement are not yet perfected, but Plaintiffs and Defendant agree that
14  this matter should not be litigated due to the agreed-upon resolution.

15  Based on the foregoing facts, Plaintiffs and Defendant stipulate and agree to the
16  following:

17  This Court should conditionally dismiss this Action in its entirety against IMO
18  Industries, Inc., Individually and as successor in interest to Delaval Turbine Inc. and Sharples,
19  only, with prejudice. As the terms of settlement are not yet perfected, this Court will retain
20  jurisdiction over the matter for sixty (60) days.

21  DATED: August 13, 2024                    Maune Raichle Hartley French & Mudd LLC

22  
23                                            By: _____
                                                  Rabiah N. Oral
24                                                Attorney for Plaintiffs

---

1

PROVISIONAL STIPULATION OF DISMISSAL WITH PREJUDICE: IMO INDUSTRIES [Case No. 4:22-cv-09058-HSG]

DATED: August 13, 2024          Leader Berkon Colao & Silverstein LLP

By:   */s/ Bobbie Bailey*
      Bobbie Rae Bailey
      Attorney for IMO Industries, Inc.,
      Individually and as successor in interest to
      Delaval Turbine Inc. and Sharples

**LOCAL RULE 5-1(i)(3) SERVICE AND FILING OF PLEADINGS AND OTHER PAPERS**

In accordance with L.R5-1(i)(3), I, Rabiah N. Oral, attest that all signatories identified above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: August 13, 2024          By: _____
                                     Rabiah N. Oral, Esq.
                                     Attorney for Plaintiffs

**ORDER**

Having read and considered the foregoing stipulation of parties, and good cause appearing:

PURSUANT TO STIPULATION, IT IS SO ORDERED that IMO Industries, Inc., Individually and as successor in interest to Delaval Turbine Inc. and Sharples, Inc. only, is conditionally dismissed with prejudice from this Action in its entirety. Perfection of the terms of the settlement is to be completed within 60 days of this signed Order. The Court shall retain jurisdiction for 60 days from the date of this signed Order.

IT IS SO ORDER.

DATED:   8/14/2024

_____
Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT COURT JUDGE