**MAUNE.RAICHLE.HARTLEY.FRENCH & MUDD, LLC**
David L. Amell, Esq.   (State Bar No. 227207)
Rabiah N. Oral, Esq.   (State Bar No. 319905)
1900 Powell Street, Suite 200
Emeryville, California 94608
Telephone:  (800) 358-5922
Facsimile:  (314) 241-4838
damell@mrhfmlaw.com
roral@mrhfmlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. MARCUS and VICTORIA L. MARCUS,<br><br>          Plaintiffs,<br><br>vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, *et al.*,<br><br>          Defendants. | Case No.: 4:22-cv-09058-HSG<br><br>[Alameda County Superior Court Case No.: 22CV021840]<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE: GRINNELL, LLC; ORDER**<br><br>Courtroom:    02, 4th Floor<br>District Judge: Hon. Haywood S. Gilliam Jr.<br><br>Filed in State Court: November 15, 2022<br>Removed to NDCA: December 21, 2022<br>Trial Date:        September 9, 2024. |

STIPULATION OF DISMISSAL WITHOUT PREJUDICE: GRINNELL, LLC [Case No. 4:22-cv-09058-HSG]

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure Section 41(a)(1)(A)(i)(ii), Plaintiffs Michael R. Marcus and Victoria L. Marcus ("Plaintiffs") and Defendant GRINNELL, LLC, only, ("Defendant") hereby stipulates as follows:

1. On November 15, 2022, Plaintiffs filed their Complaint for Personal Injury and Loss of Consortium – Asbestos in the Superior Court of the State of California, County of Alameda Case No. 22CV021840.

2. On December 21, 2022, the above action was removed to the United States District Court, Northern District of California, Case No. 4:22-09058.

4. On March 11, 2024, Plaintiffs and Defendant reached an agreement of all claims in this action as to Defendant GRINNELL, LLC.

Based on the foregoing facts, Plaintiffs and Defendant stipulate and agree to the following:

This Court should dismiss with prejudice all claims against GRINNELL, LLC, only.

DATED: August 13, 2024     Maune Raichle Hartley French & Mudd LLC

By: _____
Rabiah N. Oral
Attorney for Plaintiffs

DATED: August 13, 2024     Manning, Gross & Massenburg, LLP

By: _/s/ Michael B. Giaquinto_
Amy Jo Talarico
Michael B Giaquinto
Attorneys for GRINNELL, LLC

1
STIPULATION OF DISMISSAL WITH PREJUDICE: GRINNEL, LLC [Case No. 4:22-cv-09058-HSG]

**ORDER**

Having read and considered the foregoing stipulation of parties, and good cause appearing:

PURSUANT TO STIPULATION, IT IS SO ORDERED that GRINNELL, LLC, only, is dismissed with prejudice of all claims.

IT IS SO ORDER.

DATED:   8/14/2024

_____
Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT COURT JUDGE