1  **MAUNE.RAICHLE.HARTLEY.FRENCH & MUDD, LLC**
   David L. Amell, Esq.   (State Bar No. 227207)
2  Rabiah N. Oral, Esq.   (State Bar No. 319905)
   1900 Powell Street, Suite 200
3  Emeryville, California 94608
   Telephone:  (800) 358-5922
4  Facsimile:  (314) 241-4838
   damell@mrhfmlaw.com
5  roral@mrhfmlaw.com

6  Attorneys for Plaintiffs

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | MICHAEL R. MARCUS and VICTORIA L. MARCUS, | Case No.: 4:22-cv-09058-HSG |
12 | | [Alameda County Superior Court Case No.: 22CV021840] |
13 | Plaintiffs, | |
   | vs. | **PROVISIONAL STIPULATION OF DISMISSAL WITH PREJUDICE: GENUINE PARTS COMPANY; ORDER** |
14 | | |
15 | AIR & LIQUID SYSTEMS CORPORATION, *et al.*, | |
16 | Defendants. | Courtroom:   02, 4th Floor |
   | | District Judge: Hon. Haywood S. Gilliam Jr. |
17 | | |
18 | | Filed in State Court: November 15, 2022 |
   | | Removed to NDCA: December 21, 2022 |
19 | | Trial Date:         September 9, 2024. |

20

21

22

23

24

25

26

27

28 PROVISIONAL STIPULATION OF DISMISSAL WITH PREJUDICE: GENUINE PARTS COMPANY [Case No. 4:22-cv-09058-HSG]

1  **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

2      **PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure Section
3  41(a)(1)(A)(i)(ii), Plaintiffs Michael R. Marcus and Victoria L. Marcus ("Plaintiffs") and
4  Genuine Parts Company ("Defendant") hereby stipulate as follows:

5      1. On November 15, 2022, Plaintiffs filed their Complaint for Personal Injury and Loss
6  of Consortium – Asbestos in the Superior Court of the State of California, Couty of Alameda
7  Case No. 22CV021840.

8      2. On December 21, 2022, the above action was removed to the United States District
9  Court, Northern District of California, Case No. 4:22-09058.

10      4. On May 28, 20224, Plaintiffs and Defendant reached an agreement of all claims in
11  this action.

12      5. The terms of settlement are not yet perfected, but Plaintiffs and Defendant agree that
13  this matter should not be litigated due to the agreed-upon resolution.

14      Based on the foregoing facts, Plaintiffs and Defendant stipulate and agree to the
15  following:

16      This Court should conditionally dismiss this Action in its entirety against Genuine Parts
17  Company, only, with prejudice. As the terms of settlement are not yet perfected, this Court will
18  retain jurisdiction over the matter for sixty (60) days.

19  DATED: August 13, 2024        Maune Raichle Hartley French & Mudd LLC

20

21                                                By: _____
                                                  Rabiah N. Oral
22                                                    Attorney for Plaintiffs

23  DATED: August 13, 2024        Pond North LLP

24                                                  By:   */s/ James Buck*_____
                                                     Frank D. Pond
25                                                       Russel W. Schatz
26                                                       James Buck
                                                     Attorney for Genuine Parts Company

27

**LOCAL RULE 5-1(i)(3) SERVICE AND FILING OF PLEADINGS AND OTHER PAPERS**

In accordance with L.R5-1(i)(3), I, Rabiah N. Oral, attest that all signatories identified above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: August 13, 2024           By: _____
                                                         Rabiah N. Oral, Esq.
                                                         Attorney for Plaintiffs

**ORDER**

Having read and considered the foregoing stipulation of parties, and good cause appearing:

PURSUANT TO STIPULATION, IT IS SO ORDERED that Genuine Parts Company, only, is conditionally dismissed with prejudice from this Action in its entirety. Perfection of the terms of the settlement is to be completed within 60 days of this signed Order. The Court shall retain jurisdiction for 60 days from the date of this signed Order.

IT IS SO ORDERED.

DATED:   8/14/2024

Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT COURT JUDGE