**MAUNE.RAICHLE.HARTLEY.FRENCH & MUDD, LLC**
David L. Amell, Esq.   (State Bar No. 227207)
Rabiah N. Oral, Esq.   (State Bar No. 319905)
1900 Powell Street, Suite 200
Emeryville, California 94608
Telephone:  (800) 358-5922
Facsimile:  (314) 241-4838
damell@mrhfmlaw.com
roral@mrhfmlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. MARCUS and VICTORIA L. MARCUS,<br><br>    Plaintiffs,<br><br>vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, *et al.*,<br><br>    Defendants. | Case No.: 4:22-cv-09058-HSG<br><br>[Alameda County Superior Court Case No.: 22CV021840]<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE: PARKER HANNIFIN CORPORATION AND STANDARD MOTOR PRODUCTS, INC.; ORDER**<br><br>Courtroom:    02, 4th Floor<br>District Judge: Hon. Haywood S. Gilliam Jr.<br><br>Filed in State Court: November 15, 2022<br>Removed to NDCA: December 21, 2022<br>Trial Date:         September 9, 2024. |

STIPULATION OF DISMISSAL WITH PREJUDICE: PARKER HANNIFIN CORPORATION AND STANDARD MOTOR PRODUCTS, INC. [Case No. 4:22-cv-09058-HSG]

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure Section 41(a)(1)(A)(i)(ii), Plaintiffs Michael R. Marcus and Victoria L. Marcus ("Plaintiffs") and Defendants Parker Hannifin Corporation as Successor-in-Interest to EIS Brakes and Standard Motor Products, Inc., only, ("Defendants") hereby stipulate as follows:

1. On November 15, 2022, Plaintiffs filed their Complaint for Personal Injury and Loss of Consortium – Asbestos in the Superior Court of the State of California, County of Alameda Case No. 22CV021840.

2. On December 21, 2022, the above action was removed to the United States District Court, Northern District of California, Case No. 4:22-09058.

3. On April 30, 2024, Plaintiffs and Defendant reached an agreement of all claims in this action as to Defendants.

Based on the foregoing facts, Plaintiffs and Defendants stipulate and agree to the following:

This Court should dismiss with prejudice all claims against Defendants Parker Hannifin Corporation as Successor-in-Interest to EIS Brakes and Standard Motor Products, Inc., only.

DATED: August 13, 2024           Maune Raichle Hartley French & Mudd LLC

                                  By: _____
                                       Rabiah N. Oral
                                       Attorney for Plaintiffs

DATED: August 13, 2024           Semper Law Group, LLP

                                  By:  /s/ Leonard M. Tavera
                                       Leonard M. Tavera
                                       Lenor Ramirez
                                       Attorneys for Defendants Parker Hannifin
                                       Corporation as Successor-in-Interest to EIS
                                       Brakes and Standard Motor Products, Inc.

**ORDER**

Having read and considered the foregoing stipulation of parties, and good cause appearing:

PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendants Parker Hannifin Corporation as Successor-in-Interest to EIS Brakes and Standard Motor Products, Inc., only, are dismissed with prejudice of all claims.

IT IS SO ORDERED.

DATED:   8/14/2024

_____
Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT COURT JUDGE