**MAUNE.RAICHLE.HARTLEY.FRENCH & MUDD, LLC**
David L. Amell, Esq.   (State Bar No. 227207)
Rabiah N. Oral, Esq.   (State Bar No. 319905)
1900 Powell Street, Suite 200
Emeryville, California 94608
Telephone:  (800) 358-5922
Facsimile:  (314) 241-4838
damell@mrhfmlaw.com
roral@mrhfmlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. MARCUS and VICTORIA L. MARCUS,<br><br>            Plaintiffs,<br><br>vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, *et al.*,<br><br>            Defendants. | Case No.: 4:22-cv-09058-HSG<br><br>[Alameda County Superior Court Case No.: 22CV021840]<br><br>**PROVISIONAL STIPULATION OF DISMISSAL WITH PREJUDICE: HONEYWELL INTERNATIONAL, INC., f/k/a ALLIED SIGNAL, INC., individually and as successor-in-interest to the BENDIX CORPORATION, BENDIX AVIATION CORP., and THE SIGNAL COMPANIES, INC., f/k/a SIGNAL OIL & GAS COMPANY; ORDER**<br><br>Courtroom:   02, 4th Floor<br>District Judge: Hon. Haywood S. Gilliam Jr.<br><br>Filed in State Court: November 15, 2022<br>Removed to NDCA: December 21, 2022<br>Trial Date:        September 9, 2024. |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure Section 41(a)(1)(A)(i)(ii), Plaintiffs Michael R. Marcus and Victoria L. Marcus ("Plaintiffs") and HONEYWELL INTERNATIONAL, INC., f/k/a ALLIED SIGNAL, INC., individually and as successor-in-interest to the BENDIX CORPORATION, BENDIX AVIATION CORP., and THE SIGNAL COMPANIES, INC., f/k/a SIGNAL OIL & GAS COMPANY ("Defendant") hereby stipulate as follows:

1. On November 15, 2022, Plaintiffs filed their Complaint for Personal Injury and Loss of Consortium – Asbestos in the Superior Court of the State of California, Couty of Alameda Case No. 22CV021840.

2. On December 21, 2022, the above action was removed to the United States District Court, Northern District of California, Case No. 4:22-09058.

3. On July 16, 2024, Plaintiffs and Defendant reached an agreement of all claims in this action.

4. The terms of settlement are not yet perfected, but Plaintiffs and Defendant agree that this matter should not be litigated due to the agreed-upon resolution.

Based on the foregoing facts, Plaintiffs and Defendant stipulate and agree to the following:

This Court should conditionally dismiss this Action in its entirety against HONEYWELL INTERNATIONAL, INC., f/k/a ALLIED SIGNAL, INC., individually and as successor-in-interest to the BENDIX CORPORATION, BENDIX AVIATION CORP., and THE SIGNAL COMPANIES, INC., f/k/a SIGNAL OIL & GAS COMPANY, only, with prejudice. As the terms of settlement are not yet perfected, this Court will retain jurisdiction over the matter for sixty (60) days.

///

///

1

PROVISIONAL STIPULATION OF DISMISSAL WITH PREJUDICE: HONEYWELL INTERNATIONAL, INC., f/k/a ALLIED SIGNAL, INC., individually and as successor-in-interest to the BENDIX CORPORATION, BENDIX AVIATION CORP., and THE SIGNAL COMPANIES, INC., f/k/a SIGNAL OIL & GAS COMPANY
[Case No. 4:22-cv-09058-HSG]

| | | |
|---|---|---|
| 1 | DATED: August 14, 2024 | Maune Raichle Hartley French & Mudd LLC |
| 2 | | By: _____ |
| 3 | | Rabiah N. Oral |
| | | Attorney for Plaintiffs |
| 4 | DATED: August 14, 2024 | Husch Blackwell LLP |
| 5 | | |
| 6 | | By:  /s/ Rochelle Ileto |
| | | Michael Sandgren |
| 7 | | Rochelle Ileto |
| | | Attorney for Honeywell International, Inc. |

**LOCAL RULE 5-1(i)(3) SERVICE AND FILING OF PLEADINGS AND OTHER PAPERS**

In accordance with L.R5-1(i)(3), I, Rabiah N. Oral, attest that all signatories identified above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: August 14, 2024           By: _____
                                          Rabiah N. Oral, Esq.
                                          Attorney for Plaintiffs

**ORDER**

Having read and considered the foregoing stipulation of parties, and good cause appearing:

PURSUANT TO STIPULATION, IT IS SO ORDERED that HONEYWELL INTERNATIONAL, INC., f/k/a ALLIED SIGNAL, INC., individually and as successor-in-interest to the BENDIX CORPORATION, BENDIX AVIATION CORP., and THE SIGNAL COMPANIES, INC., f/k/a SIGNAL OIL & GAS COMPANY, only, is conditionally dismissed with prejudice from this Action in its entirety. Perfection of the terms of the settlement is to be completed within 60 days of this signed Order. The Court shall retain jurisdiction for 60 days from the date of this signed Order.

IT IS SO ORDERED.

DATED: 8/14/2024

Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT COURT JUDGE