1  **MAUNE.RAICHLE.HARTLEY.FRENCH & MUDD, LLC**
   David L. Amell, Esq.   (State Bar No. 227207)
2  Rabiah N. Oral, Esq.   (State Bar No. 319905)
   1900 Powell Street, Suite 200
3  Emeryville, California 94608
   Telephone:  (800) 358-5922
4  Facsimile:  (314) 241-4838
   damell@mrhfmlaw.com
5  roral@mrhfmlaw.com

6  Attorneys for Plaintiffs

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | MICHAEL R. MARCUS and VICTORIA L. MARCUS, | Case No.: 4:22-cv-09058-HSG |
   |---|---|
   | Plaintiffs, | [Alameda County Superior Court Case No.: 22CV021840] |
   | vs. | **PROVISIONAL STIPULATION OF DISMISSAL WITH PREJUDICE: PNEUMO ABEX LLC, Individually and as Successor-By-Merger to PNEUMO ABEX CORPORATION, Successor-In-Interest to ABEX CORPORATION f/k/a AMERICAN BRAKE SHOE COMPANY, f/k/a AMERICAN BRAKE SHOE AND FOUNDRY COMPANY including the AMERICAN BRAKEBLOK DIVISION, Successor-By-Merger to the AMERICAN BRAKE SHOE AND FOUNDRY COMPANY and THE AMERICAN BRAKEBLOK CORPORATION, f/k/a THE AMERICAN BRAKE MATERIALS CORPORATION; ORDER** |
   | AIR & LIQUID SYSTEMS CORPORATION, *et al.*, | |
   | Defendants. | |
   | | Courtroom:   02, 4th Floor
   District Judge: Hon. Haywood S. Gilliam Jr. |
   | | Filed in State Court: November 15, 2022
   Removed to NDCA: December 21, 2022
   Trial Date:       September 9, 2024. |

28 PROVISIONAL STIPULATION OF DISMISSAL WITH PREJUDICE: PNEUMO ABEX LLC [Case No. 4:22-cv-09058-HSG]

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure Section 41(a)(1)(A)(i)(ii), Plaintiffs Michael R. Marcus and Victoria L. Marcus ("Plaintiffs") and PNEUMO ABEX LLC, Individually and as Successor-By-Merger to PNEUMO ABEX CORPORATION, Successor-In-Interest to ABEX CORPORATION f/k/a AMERICAN BRAKE SHOE COMPANY, f/k/a AMERICAN BRAKE SHOE AND FOUNDRY COMPANY including the AMERICAN BRAKEBLOK DIVISION, Successor-By-Merger to the AMERICAN BRAKE SHOE AND FOUNDRY COMPANY and THE AMERICAN BRAKEBLOK CORPORATION, f/k/a THE AMERICAN BRAKE MATERIALS CORPORATION ("Defendant") hereby stipulate as follows:

1. On November 15, 2022, Plaintiffs filed their Complaint for Personal Injury and Loss of Consortium – Asbestos in the Superior Court of the State of California, Couty of Alameda Case No. 22CV021840.

2. On December 21, 2022, the above action was removed to the United States District Court, Northern District of California, Case No. 4:22-09058.

3. On July 29, 2024, Plaintiffs and Defendant reached an agreement of all claims in this action.

4. The terms of settlement are not yet perfected, but Plaintiffs and Defendant agree that this matter should not be litigated due to the agreed-upon resolution.

Based on the foregoing facts, Plaintiffs and Defendant stipulate and agree to the following:

This Court should conditionally dismiss this Action in its entirety against PNEUMO ABEX LLC, Individually and as Successor-By-Merger to PNEUMO ABEX CORPORATION, Successor-In-Interest to ABEX CORPORATION f/k/a AMERICAN BRAKE SHOE COMPANY, f/k/a AMERICAN BRAKE SHOE AND FOUNDRY COMPANY including the

PROVISIONAL STIPULATION OF DISMISSAL WITH PREJUDICE: PNEUMO ABEX LLC, Individually and as Successor-By-Merger to PNEUMO ABEX CORPORATION, Successor-In-Interest to ABEX CORPORATION f/k/a AMERICAN BRAKE SHOE COMPANY, f/k/a AMERICAN BRAKE SHOE AND FOUNDRY COMPANY including the AMERICAN BRAKEBLOK DIVISION, Successor-By-Merger to the AMERICAN BRAKE SHOE AND FOUNDRY COMPANY and THE AMERICAN BRAKEBLOK CORPORATION, f/k/a THE AMERICAN BRAKE MATERIALS CORPORATION [Case No. 4:22-cv-09058-HSG]

AMERICAN BRAKEBLOK DIVISION, Successor-By-Merger to the AMERICAN BRAKE SHOE AND FOUNDRY COMPANY and THE AMERICAN BRAKEBLOK CORPORATION, f/k/a THE AMERICAN BRAKE MATERIALS CORPORATION, only, with prejudice. As the terms of settlement are not yet perfected, this Court will retain jurisdiction over the matter for sixty (60) days.

DATED: August 14, 2024          Maune Raichle Hartley French & Mudd LLC

By: _____
Rabiah N. Oral
Attorney for Plaintiffs

DATED: August 14, 2024          Demler, Armstrong & Rowland, LLP

By:   /s/ Edward Tugade
John R. Brydon
Edward P. Tugade
Erin McGahey
Attorney for Pneumo Abex, LLC

### LOCAL RULE 5-1(i)(3) SERVICE AND FILING OF PLEADINGS AND OTHER PAPERS

In accordance with L.R5-1(i)(3), I, Rabiah N. Oral, attest that all signatories identified above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: August 14, 2024          By: _____
Rabiah N. Oral, Esq.
Attorney for Plaintiffs

2

PROVISIONAL STIPULATION OF DISMISSAL WITH PREJUDICE: PNEUMO ABEX LLC, Individually and as Successor-By-Merger to PNEUMO ABEX CORPORATION, Successor-In-Interest to ABEX CORPORATION f/k/a AMERICAN BRAKE SHOE COMPANY, f/k/a AMERICAN BRAKE SHOE AND FOUNDRY COMPANY including the AMERICAN BRAKEBLOK DIVISION, Successor-By-Merger to the AMERICAN BRAKE SHOE AND FOUNDRY COMPANY and THE AMERICAN BRAKEBLOK CORPORATION, f/k/a THE AMERICAN BRAKE MATERIALS CORPORATION [Case No. 4:22-cv-09058-HSG]

**ORDER**

Having read and considered the foregoing stipulation of parties, and good cause appearing:

PURSUANT TO STIPULATION, IT IS SO ORDERED that PNEUMO ABEX LLC, Individually and as Successor-By-Merger to PNEUMO ABEX CORPORATION, Successor-In-Interest to ABEX CORPORATION f/k/a AMERICAN BRAKE SHOE COMPANY, f/k/a AMERICAN BRAKE SHOE AND FOUNDRY COMPANY including the AMERICAN BRAKEBLOK DIVISION, Successor-By-Merger to the AMERICAN BRAKE SHOE AND FOUNDRY COMPANY and THE AMERICAN BRAKEBLOK CORPORATION, f/k/a THE AMERICAN BRAKE MATERIALS CORPORATION, only, is conditionally dismissed with prejudice from this Action in its entirety. Perfection of the terms of the settlement is to be completed within 60 days of this signed Order. The Court shall retain jurisdiction for 60 days from the date of this signed Order.

IT IS SO ORDERED.

DATED:   8/14/2024

_____
Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT COURT JUDGE

3

PROVISIONAL STIPULATION OF DISMISSAL WITH PREJUDICE: PNEUMO ABEX LLC, Individually and as Successor-By-Merger to PNEUMO ABEX CORPORATION, Successor-In-Interest to ABEX CORPORATION f/k/a AMERICAN BRAKE SHOE COMPANY, f/k/a AMERICAN BRAKE SHOE AND FOUNDRY COMPANY including the AMERICAN BRAKEBLOK DIVISION, Successor-By-Merger to the AMERICAN BRAKE SHOE AND FOUNDRY COMPANY and THE AMERICAN BRAKEBLOK CORPORATION, f/k/a THE AMERICAN BRAKE MATERIALS CORPORATION [Case No. 4:22-cv-09058-HSG]