**MAUNE.RAICHLE.HARTLEY.FRENCH & MUDD, LLC**
David L. Amell, Esq.   (State Bar No. 227207)
Rabiah N. Oral, Esq.   (State Bar No. 319905)
1900 Powell Street, Suite 200
Emeryville, California 94608
Telephone:  (800) 358-5922
Facsimile:  (314) 241-4838
damell@mrhfmlaw.com
roral@mrhfmlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. MARCUS and VICTORIA L. MARCUS,<br><br>       Plaintiffs,<br><br>vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, *et al.,*<br><br>       Defendants. | Case No.: 4:22-cv-09058-HSG<br><br>[Alameda County Superior Court Case No.: 22CV021840]<br><br>**PROVISIONAL STIPULATION OF DISMISSAL WITH PREJUDICE: METALCLAD INSULATION, LLC; ORDER**<br><br>―――――――――――――――<br><br>Courtroom:     02, 4th Floor<br>District Judge: Hon. Haywood S. Gilliam Jr.<br><br>Filed in State Court: November 15, 2022<br>Removed to NDCA: December  21, 2022<br>Trial Date:        September 9, 2024. |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure Section 41(a)(1)(A)(i)(ii), Plaintiffs Michael R. Marcus and Victoria L. Marcus ("Plaintiffs") and METALCLAD INSULATION, LLC ("Defendant") hereby stipulate as follows:

1. On November 15, 2022, Plaintiffs filed their Complaint for Personal Injury and Loss of Consortium – Asbestos in the Superior Court of the State of California, Couty of Alameda Case No. 22CV021840.

2. On December 21, 2022, the above action was removed to the United States District Court, Northern District of California, Case No. 4:22-09058.

3. On August 21, 2024, Plaintiffs and Defendant reached an agreement of all claims in this action.

4. The terms of settlement are not yet perfected, but Plaintiffs and Defendant agree that this matter should not be litigated due to the agreed-upon resolution.

Based on the foregoing facts, Plaintiffs and Defendant stipulate and agree to the following:

This Court should conditionally dismiss this Action in its entirety against METALCLAD INSULATION, LLC, only, with prejudice. As the terms of settlement are not yet perfected, this Court will retain jurisdiction over the matter for sixty (60) days.

DATED: August 22, 2024                    Maune Raichle Hartley French & Mudd LLC

By: _____
                                          Rabiah N. Oral
                                          Attorney for Plaintiffs

DATED: August 22, 2024                    HUSCH BLACKWELL LLP

By: _____
                                          Lisa L. Oberg
                                          Daniel B. Hoye
                                          Paul D. Smith
                                          Attorney for Metalclad Insulation, LLC

**LOCAL RULE 5-1(i)(3) SERVICE AND FILING OF PLEADINGS AND OTHER PAPERS**

In accordance with L.R5-1(i)(3), I, Rabiah N. Oral, attest that all signatories identified above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: August 22, 2024                         By: _____

                                                         Rabiah N. Oral, Esq.
                                                         Attorney for Plaintiffs

1

**ORDER**

2

    Having read and considered the foregoing stipulation of parties, and good cause

3

appearing:

4

    PURSUANT TO STIPULATION, IT IS SO ORDERED that METALCLAD

5

INSULATION LLC, only, is conditionally dismissed with prejudice from this Action in its

6

entirety. Perfection of the terms of the settlement is to be completed within 60 days of this signed

7

Order. The Court shall retain jurisdiction for 60 days from the date of this signed Order.

8

9

IT IS SO ORDERED.

10

11

DATED:    8/28/2024

12

    Hon. Haywood S. Gilliam, Jr.
    UNITED STATES DISTRICT COURT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROVISIONAL STIPULATION OF DISMISSAL WITH PREJUDICE: METALCLAD INSULATION, LLC [Case No. 4:22-cv-09058-HSG]