**MAUNE.RAICHLE.HARTLEY.FRENCH & MUDD, LLC**
David L. Amell, Esq. (State Bar No. 227207)
Rabiah N. Oral, Esq. (State Bar No. 319905)
1900 Powell Street, Suite 200
Emeryville, California 94608
Telephone:  (800) 358-5922
Facsimile:  (314) 241-4838
damell@mrhfmlaw.com
roral@mrhfmlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. MARCUS and VICTORIA L. MARCUS,<br><br>         Plaintiffs,<br><br>    vs.<br><br>AIR AND LIQUID SYSTEMS CORPORATION, SUCCESSOR-BY-MERGER TO BUFFALO PUMPS, INC., et al.<br><br>         Defendants. | Case No.: 4:22-cv-09058-HSG<br><br>[Alameda County Superior Court Case No.: 22CV021840]<br><br>**REQUEST AND ORDER REGARDING TRIAL TECHNOLOGY (as modified)**<br><br>Courtroom:     02, 4th Floor<br>District Judge: Hon. Haywood S Gilliam, Jr.<br><br>Filed in State Court: November 15, 2022<br>Removed to NDCA: December 21, 2022<br>Trial Date:           September 09, 2024 |

The parties submit the following list of materials to be brought into the courthouse. Nothing in this stipulation waives the right of any party to make evidentiary objections to demonstrative exhibits at trial. The parties agree that any material that might contain asbestos will be sufficiently wrapped, sealed, or otherwise contained.

Technology:

- Projector or Large TV (3)
- Document camera (1)
- Laptops (14)

1
REQUEST AND ORDER REGARDING TRIAL TECHNOLOGY

1. - External hard drive (4)
2. - Monitors (6)
3. - Printer (2)
4. - Keyboards (2)
5. - Distribution amplifier (1)
6. - Switcher (1)
7. - ELMO (2)
8. - Printer toner
9. - Gafford tape
10. - HDMI Cables (17)
11. - Easel (2)
12. - Easel pad (2)
13. - Flip Chart (2)
14. - [Webcam (1)]
15. - Microphone (1)
16. - Tripod (1)
17. - Side tables (2)
18. - Extension cords (6)
19. - Surge protectors (6)
20. - Travel monitor (2)
21. - Laptop charger (6)
22. - Docking station (2)
23. - Mouse (7)
24. - Mouse pad (6)
25. - USB-C cables (3)
26. - USB-C hub (1)
27. - HDMI Switch (1)
28.

1. • USB laser pointer/remote (2)
2. • USB cables (2)
3. • USB stick (2)
4. • Hotspot (1)
5. Demonstratives:
6. • Pipe insulation exemplar
7. • Pressure Relief Valve (approx.. 14" x 5" x 7") (1)
8. • Valve (1)
9. • Velan valve
10. • Velan stream trap
11. • Flanges (2)
12. • Ballpeen hammer (1)
13. • Block insulation
14. • Pipe covering
15. • Packing material (2)
16. • Gasket (2)
17. • Gasket material
18. • Half round pipe insulation
19. • Gasket cutter kit
20. • Midget impinge apparatus
21. • Air sampling pump
22. • Buffalo pump
23. • Armstrong Steam Trap(s)
24. • William Powell valve(s)
25. DATED: August 30, 2024

By: _____
Rabiah N. Oral, Esq.
Attorney for Plaintiffs

3
REQUEST AND ORDER REGARDING TRIAL TECHNOLOGY

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: August 27, 2024 | By: _____<br>Glen Powell, Esq.<br>Attorney for Air & Liquid Systems Corporation; and Velan Valve Corp. |
| 5 | Dated: August 27, 2024 | By: _____<br>Geoffrey Davis, Esq.<br>Attorney for Armstrong International, Inc.; and William Powell Company |
| 8 | Dated: August 27, 2024 | By: /s/_____<br>Robert J. Bugatto, Esq.<br>Attorney for Foster Wheeler Energy Corporation; Eaton Corporation |
| 11 | Dated: August 27, 2024 | By: /s/_____<br>Tom Scully, Esq.<br>Attorney for BW/IP, Inc. |
| 13 | Dated: August 27, 2024 | By: /s/_____<br>Philip Reid, Esq.<br>Attorney for J.R. Clarkson Company LLC |
| 16 | Dated: August 27, 2024 | By: /s/ Meghan Senter_____<br>Meghan B. Senter, Esq.<br>Attorney for Greene, Tweed & Co., Inc. |

**LOCAL RULE 5-1(i)(3) SERVICE AND FILING OF PLEADINGS AND OTHER PAPERS**

In accordance with L.R5-1(i)(3), I, Rabiah N. Oral, attest that all signatories identified above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: August 30, 2024              By: _____
                                                       Rabiah N. Oral, Esq.
                                                       Attorney for Plaintiffs

**ORDER**

Having read and considered the foregoing request of the parties, and good cause appearing:

IT IS SO ORDERED that the items listed in the request may be brought into Court.

IT IS FURTHER ORDERED that no demonstratives listed are to be shown to the jury prior to any stipulation by the parties or further order of this Court.

IT IS SO ORDERED.

DATED:  9/3/2024

_____
Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT COURT JUDGE