**MAUNE.RAICHLE.HARTLEY.FRENCH & MUDD, LLC**
David L. Amell, Esq.  (State Bar No. 227207)
Rabiah N. Oral, Esq.  (State Bar No. 319905)
1900 Powell Street, Suite 200
Emeryville, California 94608
Telephone: (800) 358-5922
Facsimile: (314) 241-4838
damell@mrhfmlaw.com
roral@mrhfmlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. MARCUS and VICTORIA L. MARCUS,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>　　　　Defendants. | Case No.: 4:22-cv-09058-HSG<br><br>[Alameda County Superior Court Case No.: 22CV021840]<br><br>**PROVISIONAL STIPULATION OF DISMISSAL WITH PREJUDICE: ELECTROLUX HOME PRODUCTS, INC., AS SUCCESSOR IN INTEREST TO COPES-VULCAN ; ORDER**<br><br>Courtroom:　02, 4th Floor<br>District Judge: Hon. Haywood S. Gilliam Jr.<br><br>Filed in State Court: November 15, 2022<br>Removed to NDCA: December 21, 2022<br>Trial Date:　September 9, 2024. |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure Section 41(a)(1)(A)(i)(ii), Plaintiffs Michael R. Marcus and Victoria L. Marcus ("Plaintiffs") and ELECTROLUX HOME PRODUCTS, INC., AS SUCCESSOR IN INTEREST TO COPES-VULCAN ("Defendant") hereby stipulate as follows:

1. On November 15, 2022, Plaintiffs filed their Complaint for Personal Injury and Loss of Consortium – Asbestos in the Superior Court of the State of California, Couty of Alameda Case No. 22CV021840.

2. On December 21, 2022, the above action was removed to the United States District Court, Northern District of California, Case No. 4:22-09058.

3. On August 29, 2024, Plaintiffs and Defendant reached an agreement of all claims in this action.

4. The terms of settlement are not yet perfected, but Plaintiffs and Defendant agree that this matter should not be litigated due to the agreed-upon resolution.

Based on the foregoing facts, Plaintiffs and Defendant stipulate and agree to the following:

This Court should conditionally dismiss this Action in its entirety against ELECTROLUX HOME PRODUCTS, INC., AS SUCCESSOR IN INTEREST TO COPES-VULCAN, only, with prejudice. As the terms of settlement are not yet perfected, this Court will retain jurisdiction over the matter for sixty (60) days.

DATED: September 3, 2024                Maune Raichle Hartley French & Mudd LLC

                                        By: _____
                                            Rabiah N. Oral
                                            Attorney for Plaintiffs

---

1

PROVISIONAL STIPULATION OF DISMISSAL WITH PREJUDICE: ELECTROLUX HOME PRODUCTS, INC., as successor in interest to COPES-VULCAN

DATED: September 3, 2024          TUCKER ELLIS LLP

                                  By: _____
                                      Nicole E. Gage
                                      Attorneys for ELECTROLUX HOME
                                      PRODUCTS, INC., as successor in interest
                                      to COPES-VULCAN

### LOCAL RULE 5-1(i)(3) SERVICE AND FILING OF PLEADINGS AND OTHER PAPERS

In accordance with L.R5-1(i)(3), I, Rabiah N. Oral, attest that all signatories identified above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: September 3, 2024          By: _____
                                      Rabiah N. Oral, Esq.
                                      Attorney for Plaintiffs

## ORDER

Having read and considered the foregoing stipulation of parties, and good cause appearing:

PURSUANT TO STIPULATION, IT IS SO ORDERED that ELECTROLUX HOME PRODUCTS, INC., AS SUCCESSOR IN INTEREST TO COPES-VULCAN, only, is conditionally dismissed with prejudice from this Action in its entirety. Perfection of the terms of the settlement is to be completed within 60 days of this signed Order. The Court shall retain jurisdiction for 60 days from the date of this signed Order.

IT IS SO ORDERED.

DATED:   9/4/2024

*Haywood S. Gilliam Jr.*
Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT COURT JUDGE