**PRINDLE, GOETZ, BARNES & REINHOLTZ LLP**
Jeremy D. Milbrodt, Esq. (Bar No. 190438)
Arpi Galfayan, Esq. (Bar No. 228146)
1340 Treat Blvd., Suite 120
Walnut Creek, California 94597
Tel.: (415) 788-8354 / Fax: (415) 788-3625
jmilbrodt@prindlelaw.com
agalfayan@prindlelaw.com

Attorneys for Intervenors, HARTFORD ACCIDENT AND INDEMNITY COMPANY, HARTFORD CASUALTY INSURANCE COMPANY, ZURICH AMERICAN INSURANCE COMPANY, ARGONAUT INSURANCE COMPANY, and FIREMAN'S FUND INSURANCE COMPANY, insurers of Defendant SYD CARPENTER, MARINE CONTRACTOR, INC., a suspended California corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. MARCUS and VICTORIA L. MARCUS,<br><br>Plaintiffs,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>Defendants. | CASE NO. 4:22-cv-09058-HSG<br><br>[Alameda County Superior Court Case No.: 22CV021840]<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF INTERVENORS AND THEIR SUSPENDED INSURED, DEFENDANT SYD CARPENTER, MARINE CONTRACTOR, INC.<br><br>Courtroom:   02, 4th Floor<br>District Judge: Hon Haywood S. Gilliam, Jr.<br><br>Filed in State Court: November 15, 2022<br>Removed to NDCA: December 21, 2022<br>Trial Date:   September 9, 2024 |

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT the operative Complaint of Plaintiffs MICHAEL R. MARCUS and VICTORIA L. MARCUS in the above-entitled action be dismissed with prejudice as to Intervenors HARTFORD ACCIDENT INDEMNITY COMPANY, HARTFORD CASUALTY INSURANCE COMPANY, ZURICH AMERICAN INSURANCE COMPANY, ARGONAUT INSURANCE COMPANY, and FIREMAN'S FUND INSURANCE COMPANY (collectively "Intervenors"), as insurers of Defendant SYD CARPENTER, MARINE CONTRACTOR, INC., a suspended California corporation, and as to the named Defendant, SYD CARPENTER, MARINE CONTRACTOR, INC.  Plaintiffs and Intervenors shall bear their own fees and costs.

IT IS SO ORDERED:

Dated: 9/9/2024

By: /s/ Haywood S. Gilliam, Jr.
Honorable Haywood S. Gilliam, Jr.
United States District Court Judge

2

ORDER RE: STIPULATION FOR DISMISSAL OF INTERVENORS AND THEIR SUSPENDED INSURED, DEFENDANT SYD CARPENTER, MARINE CONTRACTOR, INC.

LAW OFFICES OF PRINDLE, GOETZ, BARNES & REINHOLTZ LLP