**MAUNE.RAICHLE.HARTLEY.FRENCH & MUDD, LLC**
David L. Amell, Esq.   (State Bar No. 227207)
Rabiah N. Oral, Esq.   (State Bar No. 319905)
1900 Powell Street, Suite 200
Emeryville, California 94608
Telephone:  (800) 358-5922
Facsimile:  (314) 241-4838
damell@mrhfmlaw.com
roral@mrhfmlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. MARCUS and VICTORIA L. MARCUS,<br><br>    Plaintiffs,<br><br>vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, *et al.*,<br><br>    Defendants. | Case No.: 4:22-cv-09058-HSG<br><br>[Alameda County Superior Court Case No.: 22CV021840]<br><br>**PROVISIONAL STIPULATION OF DISMISSAL WITH PREJUDICE: FOSTER WHEELER ENERGY CORPORATION; ORDER**<br><br>Courtroom:    02, 4th Floor<br>District Judge: Hon. Haywood S. Gilliam Jr.<br><br>Filed in State Court: November 15, 2022<br>Removed to NDCA: December 21, 2022<br>Trial Date:          September 9, 2024. |

PROVISIONAL STIPULATION OF DISMISSAL WITH PREJUDICE FOSTER WHEELER ENERGY CORPORATION [Case No. 4:22-cv-09058-HSG]

1  **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

2     **PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure Section 41(a)(1)(A)(i)(ii), Plaintiffs Michael R. Marcus and Victoria L. Marcus ("Plaintiffs") and FOSTER WHEELER ENERGY CORPORATION ("Defendant") hereby stipulate as follows:

   1. On November 15, 2022, Plaintiffs filed their Complaint for Personal Injury and Loss of Consortium – Asbestos in the Superior Court of the State of California, Couty of Alameda Case No. 22CV021840.

   2. On December 21, 2022, the above action was removed to the United States District Court, Northern District of California, Case No. 4:22-09058.

   3. On September 10, 2024, Plaintiffs and Defendant reached an agreement of all claims in this action.

   4. The terms of settlement are not yet perfected, but Plaintiffs and Defendant agree that this matter should not be litigated due to the agreed-upon resolution.

   Based on the foregoing facts, Plaintiffs and Defendant stipulate and agree to the following:

   This Court should conditionally dismiss this Action in its entirety against FOSTER WHEELER ENERGY CORPORATION, only, with prejudice. As the terms of settlement are not yet perfected, this Court will retain jurisdiction over the matter for ninety (90) days.

DATED: September 10, 2024            Maune Raichle Hartley French & Mudd LLC

                                     By: _____
                                         Rabiah N. Oral
                                         Attorney for Plaintiffs

DATED: September 10, 2024            Hugo Parker, LLP

                                     By:   /s/ Bina Ghannat
                                         Robert J. Bugatto
                                         Edward R. Hugo
                                         Bina Ghanaat
                                         Attorneys for FOSTER WHEELER
                                         ENERGY CORPORATION

---

1

PROVISIONAL STIPULATION OF DISMISSAL WITH PREJUDICE: FOSTER WHEELER ENERGY CORPORATION

**LOCAL RULE 5-1(i)(3) SERVICE AND FILING OF PLEADINGS AND OTHER PAPERS**

In accordance with L.R5-1(i)(3), I, Rabiah N. Oral, attest that all signatories identified above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: September 10, 2024          By: _____
                                       Rabiah N. Oral, Esq.
                                       Attorney for Plaintiffs

**ORDER**

Having read and considered the foregoing stipulation of parties, and good cause appearing:

PURSUANT TO STIPULATION, IT IS SO ORDERED that FOSTER WHEELER ENERGY CORPORATION, only, is conditionally dismissed with prejudice from this Action in its entirety. Perfection of the terms of the settlement is to be completed within 90 days of this signed Order. The Court shall retain jurisdiction for 90 days from the date of this signed Order.

IT IS SO ORDERED.

DATED:   8/22/2024

Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT COURT JUDGE