**MAUNE.RAICHLE.HARTLEY.FRENCH & MUDD, LLC**
David L. Amell, Esq.   (State Bar No. 227207)
Rabiah N. Oral, Esq.   (State Bar No. 319905)
1900 Powell Street, Suite 200
Emeryville, California 94608
Telephone:  (800) 358-5922
Facsimile:  (314) 241-4838
damell@mrhfmlaw.com
roral@mrhfmlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. MARCUS and VICTORIA L. MARCUS,<br><br>    Plaintiffs,<br><br>vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, *et al.*,<br><br>    Defendants. | Case No.: 4:22-cv-09058-HSG<br><br>[Alameda County Superior Court Case No.: 22CV021840]<br><br>**STIPULATION TO EXTEND JURISDICTION OVER CONDITIONALLY DISMISSED DEFENDANT FLOWSERVE US, INC., solely as successor to ROCKWELL MANUFACTURING COMPANY; ORDER**<br><hr>Courtroom:   02, 4th Floor<br>District Judge: Hon. Haywood S. Gilliam Jr.<br><br>Filed in State Court: November 15, 2022<br>Removed to NDCA: December 21, 2022<br>Trial Date:        September 9, 2024. |

STIPULATION TO EXTEND JURISDICTION OVER CONDITIONALLY DISMISSED DEFENDANT FLOWSERVE US, INC., solely as successor to ROCKWELL MANUFACTURING COMPANY [Case No. 4:22-cv-09058-HSG]

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

  **PLEASE TAKE NOTICE** that Plaintiffs Michael R. Marcus and Victoria L. Marcus ("Plaintiffs") and Flowserve US, Inc., solely as successor to Rockwell Manufacturing Company ("Defendant") hereby stipulate as follows:

1. On November 15, 2022, Plaintiffs filed their Complaint for Personal Injury and Loss of Consortium – Asbestos in the Superior Court of the State of California, Couty of Alameda Case No. 22CV021840.

2. On December 21, 2022, the above action was removed to the United States District Court, Northern District of California, Case No. 4:22-09058.

3. On August 06, 2024, Plaintiffs and Defendant reached an agreement of all claims in this action.

4. On August 12, 2024, the Court granted an oral motion for a conditional dismissal with prejudice as to Defendant Flowserve US, Inc., solely as successor to Rockwell Manufacturing Company, with the Court retaining jurisdiction for 60 days.

5. While all terms of settlement are agreed upon, the terms of settlement are not yet perfected. Plaintiffs and Defendant agree that this matter should not be litigated due to the agreed-upon resolution.

6. Therefore, Plaintiffs and Defendant stipulate and request that this Court retain jurisdiction over the matter as it pertains to Defendant Flowserve US, Inc., solely as successor to Rockwell Manufacturing Company, for an additional forty-five (45) days.

DATED: October 10, 2024    Maune Raichle Hartley French & Mudd LLC

            By: _____
               Rabiah N. Oral
               Attorney for Plaintiffs

DATED: October 10, 2024				Tucker Ellis, LLP

					By:	/s/ Nicole E. Gage
						Nicole E. Gage
						Attorney for Flowserve US, Inc., solely as successor to Rockwell Manufacturing Company

**LOCAL RULE 5-1(i)(3) SERVICE AND FILING OF PLEADINGS AND OTHER PAPERS**

In accordance with L.R5-1(i)(3), I, Rabiah N. Oral, attest that all signatories identified above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: October 10, 2024				By:	_____
						Rabiah N. Oral, Esq.
						Attorney for Plaintiffs

**ORDER**

Having read and considered the foregoing stipulation of parties, and good cause appearing:

PURSUANT TO STIPULATION, IT IS SO ORDERED that the terms of settlement between PLAINTIFFS and Defendant Flowserve US, Inc., solely as successor to Rockwell Manufacturing Company are to be perfected within forty-five (45) days of this order. The Court retains jurisdiction over the matter as it pertains to Defendant Flowserve US, Inc., solely as successor to Rockwell Manufacturing Company, for forty-five (45) days from the date of this order.

IT IS SO ORDERED.

DATED: 10/11/2024

Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT COURT JUDGE