1  **MAUNE.RAICHLE.HARTLEY.FRENCH & MUDD, LLC**
   David L. Amell, Esq.   (State Bar No. 227207)
2  Rabiah N. Oral, Esq.   (State Bar No. 319905)
   1900 Powell Street, Suite 200
3  Emeryville, California 94608
   Telephone:  (800) 358-5922
4  Facsimile:  (314) 241-4838
   damell@mrhfmlaw.com
5  roral@mrhfmlaw.com

6  Attorneys for Plaintiffs

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. MARCUS and VICTORIA L. MARCUS,<br><br>Plaintiffs,<br><br>vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, *et al.*,<br><br>Defendants. | Case No.: 4:22-cv-09058-HSG<br><br>[Alameda County Superior Court Case No.: 22CV021840]<br><br>**STIPULATION TO EXTEND JURISDICTION OVER CONDITIONALLY DIMISSED DEFENDANT ARMSTRONG INTERNATIONAL, INC.; ORDER**<br><br>Courtroom:    02, 4th Floor<br>District Judge: Hon. Haywood S. Gilliam Jr.<br><br>Filed in State Court: November 15, 2022<br>Removed to NDCA: December 21, 2022<br>Trial Date:       September 9, 2024. |

28 STIPULATION TO EXTEND JURISDICTION OVER CONDITIONALLY DIMISSED DEFENDANT ARMSTRONG INTERNATIONAL, INC. [Case No. 4:22-cv-09058-HSG]

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs Michael R. Marcus and Victoria L. Marcus ("Plaintiffs") and ARMSTRONG INTERNATIONAL, INC. ("Defendant") hereby stipulate as follows:

1. On November 15, 2022, Plaintiffs filed their Complaint for Personal Injury and Loss of Consortium – Asbestos in the Superior Court of the State of California, Couty of Alameda Case No. 22CV021840.

2. On December 21, 2022, the above action was removed to the United States District Court, Northern District of California, Case No. 4:22-09058.

3. On September 9, 2024, Plaintiffs and Defendant reached an agreement of all claims in this action.

4. On September 11, 2024, the Court granted a conditional dismissal with prejudice as to ARMSTRONG INTERNATIONAL, INC., with the Court remaining jurisdiction for 60 days.

5. While all terms of settlement are agreed upon, the terms of settlement are not yet perfected. Plaintiffs and Defendant agree that this matter should not be litigated due to the agreed-upon resolution.

6. Therefore, Plaintiffs and Defendant stipulate and request that this Court retain jurisdiction over the matter as it pertains to Defendant ARMSTRONG INTERNATIONAL, INC., for an additional forty-five (45) days.

DATED: November 5, 2024                    Maune Raichle Hartley French & Mudd LLC

By: _____
Rabiah N. Oral
Attorney for Plaintiffs

---

1
STIPULATION TO EXTEND JURISDICTION OVER CONDITIONALLY DIMISSED DEFENDANT ARMSTRONG INTERNATIONAL, INC.

DATED: November 7, 2024          CMBG3 Law P.C.

By:   */s/ Jonathon Sayre*
     Christine D. Calareso
     Jonathon D. Sayre
     Elizabeth R. Bain
     Attorneys for ARMSTRONG
     INTERNATIONAL, INC.

**LOCAL RULE 5-1(i)(3) SERVICE AND FILING OF PLEADINGS AND OTHER PAPERS**

In accordance with L.R5-1(i)(3), I, Rabiah N. Oral, attest that all signatories identified above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: November 5, 2024          By: _____
     Rabiah N. Oral, Esq.
     Attorney for Plaintiffs

**ORDER**

Having read and considered the foregoing stipulation of parties, and good cause appearing:

PURSUANT TO STIPULATION, IT IS SO ORDERED that the terms of settlement between PLAINTIFFS and Defendant ARMSTRONG INTERNATIONAL, INC., are to be perfected within forty-five (45) days of this order. The Court retains jurisdiction over the matter as it pertains to Defendant ARMSTRONG INTERNATIONAL, INC., for forty-five (45) days from the date of this order.

IT IS SO ORDERED.

DATED:   11/12/2024

_Haywood S. Gilliam, Jr._
Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT COURT JUDGE