1

**MAUNE.RAICHLE.HARTLEY.FRENCH & MUDD, LLC**
David L. Amell, Esq.   (State Bar No. 227207)

2  Rabiah N. Oral, Esq.   (State Bar No. 319905)
1900 Powell Street, Suite 200

3  Emeryville, California 94608
Telephone:  (800) 358-5922

4  Facsimile:  (314) 241-4838
damell@mrhfmlaw.com

5  roral@mrhfmlaw.com

6  Attorneys for Plaintiffs

7

8                    UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11  MICHAEL R. MARCUS and VICTORIA L.       Case No.: 4:22-cv-09058-HSG
    MARCUS,
12                                           [Alameda County Superior Court Case No.:
            Plaintiffs,                       22CV021840]
13
    vs.                                       **STIPULATION TO EXTEND**
14                                           **JURISDICTION OVER**
                                             **CONDITIONALLY DISMISSED**
15  AIR & LIQUID SYSTEMS CORPORATION,        **DEFENDANT CLEAVER BROOKS,**
    *et al.,*                                **INC., F/K/A CLEAVER-BROOKS, A**
16                                           **DIVISION OF AQUA-CHEM, INC.;**
            Defendants.                       **ORDER**
17

18                                           Courtroom:    02, 4th Floor
                                             District Judge: Hon. Haywood S. Gilliam Jr.
19

20                                           Filed in State Court: November 15, 2022
                                             Removed to NDCA: December 21, 2022
21                                           Trial Date:        September 9, 2024.

22

23

24

25

26

27

28  STIPULATION TO EXTEND JURISDICTION OVER CONDITIONALLY DISMISSED DEFENDANT
    CLEAVER BROOKS, INC., F/K/A CLEAVER-BROOKS, A DIVISION OF AQUA-CHEM, INC. [Case No. 4:22-
    cv-09058-HSG]

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs Michael R. Marcus and Victoria L. Marcus ("Plaintiffs") and CLEAVER BROOKS, INC., F/K/A CLEAVER-BROOKS, A DIVISION OF AQUA-CHEM, INC. ("Defendant") hereby stipulate as follows:

1. On November 15, 2022, Plaintiffs filed their Complaint for Personal Injury and Loss of Consortium – Asbestos in the Superior Court of the State of California, Couty of Alameda Case No. 22CV021840.

2. On December 21, 2022, the above action was removed to the United States District Court, Northern District of California, Case No. 4:22-09058.

3. On August 28, 2024, Plaintiffs and Defendant reached an agreement of all claims in this action.

4. On September 04, 2024, the Court granted a conditional dismissal with prejudice as to CLEAVER BROOKS, INC., F/K/A CLEAVER-BROOKS, A DIVISION OF AQUA-CHEM, INC., with the Court retaining jurisdiction for 60 days.

5. While all terms of settlement are agreed upon, the terms of settlement are not yet perfected. Plaintiffs and Defendant agree that this matter should not be litigated due to the agreed-upon resolution.

6. Therefore, Plaintiffs and Defendant stipulate and request that this Court retain jurisdiction over the matter as it pertains to Defendant CLEAVER BROOKS, INC., F/K/A CLEAVER-BROOKS, A DIVISION OF AQUA-CHEM, INC., for an additional forty-five (45) days.

DATED: November 8, 2024

Maune Raichle Hartley French & Mudd LLC

By: _____

Rabiah N. Oral
Attorney for Plaintiffs

STIPULATION TO EXTEND JURISDICTION OVER CONDITIONALLY DISMISSED DEFENDANT CLEAVER BROOKS, INC., F/K/A CLEAVER-BROOKS, A DIVISION OF AQUA-CHEM, INC. [Case No. 4:22-cv-09058-HSG]

1

DATED: November 8, 2024            MORGAN, LEWIS & BOCKIUS LLP

2

By:  _/s/ Amy Talarico_

3

Edward R. Ulloa
Michael B. Giaquinto

4

Amy J. Talarico
Attorneys for CLEAVER BROOKS, INC.,
f/k/a CLEAVER-BROOKS, a Division of

5

AQUA-CHEM, INC.

6

**LOCAL RULE 5-1(i)(3) SERVICE AND FILING OF PLEADINGS AND OTHER**

7

**PAPERS**

8

In accordance with L.R5-1(i)(3), I, Rabiah N. Oral, attest that all signatories identified

9

above, and on whose behalf the filing is submitted, concur in the filing's content and have

10

authorized the filing.

11

DATED: November 8, 2024            By: _____

12

Rabiah N. Oral, Esq.
Attorney for Plaintiffs

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND JURISDICTION OVER CONDITIONALLY DISMISSED DEFENDANT
CLEAVER BROOKS, INC., F/K/A CLEAVER-BROOKS, A DIVISION OF AQUA-CHEM, INC. [Case No. 4:22-
cv-09058-HSG]

1

## __ORDER__

2      Having read and considered the foregoing stipulation of parties, and good cause

3  appearing:

4      PURSUANT TO STIPULATION, IT IS SO ORDERED that the terms of settlement

5  between PLAINTIFFS and Defendant CLEAVER BROOKS, INC., F/K/A CLEAVER-

6  BROOKS, A DIVISION OF AQUA-CHEM, INC., are to be perfected within forty-five (45)

7  days of this order. The Court retains jurisdiction over the matter as it pertains to Defendant

8  CLEAVER BROOKS, INC., F/K/A CLEAVER-BROOKS, A DIVISION OF AQUA-CHEM,

9  INC., for forty-five (45) days from the date of this order.

10

11  IT IS SO ORDERED.

12

13  DATED:   11/12/2024

14                              Hon. Haywood S. Gilliam, Jr.
                              UNITED STATES DISTRICT COURT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

3

28