**MAUNE.RAICHLE.HARTLEY.FRENCH & MUDD, LLC**
David L. Amell, Esq.  (State Bar No. 227207)
Rabiah N. Oral, Esq.  (State Bar No. 319905)
1900 Powell Street, Suite 200
Emeryville, California 94608
Telephone:  (800) 358-5922
Facsimile:  (314) 241-4838
damell@mrhfmlaw.com
roral@mrhfmlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. MARCUS and VICTORIA L. MARCUS,<br><br>          Plaintiffs,<br><br>vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, *et al.*,<br><br>          Defendants. | Case No.: 4:22-cv-09058-HSG<br><br>[Alameda County Superior Court Case No.: 22CV021840]<br><br>**STIPULATION TO EXTEND JURISDICTION OVER CONDITIONALLY DISMISSED DEFENDANT CLARK RELIANCE CORPORATION, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO JERGUSON GAGE AND VALVE COMPANY; ORDER**<br><br>Courtroom:     02, 4th Floor<br>District Judge: Hon. Haywood S. Gilliam Jr.<br><br>Filed in State Court: November 15, 2022<br>Removed to NDCA: December 21, 2022<br>Trial Date:        September 9, 2024. |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs Michael R. Marcus and Victoria L. Marcus ("Plaintiffs") and CLARK RELIANCE CORPORATION, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO JERGUSON GAGE AND VALVE COMPANY ("Defendant") hereby stipulate as follows:

1. On November 15, 2022, Plaintiffs filed their Complaint for Personal Injury and Loss of Consortium – Asbestos in the Superior Court of the State of California, Couty of Alameda Case No. 22CV021840.

2. On December 21, 2022, the above action was removed to the United States District Court, Northern District of California, Case No. 4:22-09058.

3. On August 29, 2024, Plaintiffs and Defendant reached an agreement of all claims in this action.

4. On September 04, 2024, the Court granted a conditional dismissal with prejudice as to CLARK RELIANCE CORPORATION, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO JERGUSON GAGE AND VALVE COMPANY, with the Court retaining jurisdiction for 60 days.

5. While all terms of settlement are agreed upon, the terms of settlement are not yet perfected. Plaintiffs and Defendant agree that this matter should not be litigated due to the agreed-upon resolution.

6. Therefore, Plaintiffs and Defendant stipulate and request that this Court retain jurisdiction over the matter as it pertains to Defendant CLARK RELIANCE CORPORATION, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO JERGUSON GAGE AND VALVE COMPANY, for an additional forty-five (45) days.

DATED: November 5, 2024                     Maune Raichle Hartley French & Mudd LLC

                                            By: _____
                                                Rabiah N. Oral
                                                Attorney for Plaintiffs

| | | |
|---|---|---|
| DATED: November 5, 2024 | | TUCKER ELLIS LLP |
| | By: | /s/ Nicole Gage |
| | | Nicole E. Gage |
| | | Attorneys for Clark Reliance Corporation, Individually and as Successor-In-Interest to Jerguson Gage and Valve Company |

**LOCAL RULE 5-1(i)(3) SERVICE AND FILING OF PLEADINGS AND OTHER PAPERS**

In accordance with L.R5-1(i)(3), I, Rabiah N. Oral, attest that all signatories identified above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: November 5, 2024          By: _____
                                       Rabiah N. Oral, Esq.
                                       Attorney for Plaintiffs

**ORDER**

Having read and considered the foregoing stipulation of parties, and good cause appearing:

PURSUANT TO STIPULATION, IT IS SO ORDERED that the terms of settlement between PLAINTIFFS and Defendant CLARK RELIANCE CORPORATION, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO JERGUSON GAGE AND VALVE COMPANY, are to be perfected within forty-five (45) days of this order. The Court retains jurisdiction over the matter as it pertains to Defendant CLARK RELIANCE CORPORATION, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO JERGUSON GAGE AND VALVE COMPANY, for forty-five (45) days from the date of this order.

IT IS SO ORDERED.

DATED: 11/12/2024

Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT COURT JUDGE