**MAUNE.RAICHLE.HARTLEY.FRENCH & MUDD, LLC**
David L. Amell, Esq. (State Bar No. 227207)
Rabiah N. Oral, Esq. (State Bar No. 319905)
1900 Powell Street, Suite 200
Emeryville, California 94608
Telephone: (800) 358-5922
Facsimile: (314) 241-4838
damell@mrhfmlaw.com
roral@mrhfmlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. MARCUS and VICTORIA L. MARCUS,<br><br>Plaintiffs,<br><br>vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, *et al.*,<br><br>Defendants. | Case No.: 4:22-cv-09058-HSG<br><br>[Alameda County Superior Court Case No.: 22CV021840]<br><br>**STIPULATION TO EXTEND JURISDICTION OVER CONDITIONALLY DISMISSED DEFENDANT ELECTROLUX HOME PRODUCTS, INC., AS SUCCESSOR IN INTEREST TO COPES-VULCAN; ORDER**<br><br>Courtroom:  02, 4th Floor<br>District Judge: Hon. Haywood S. Gilliam Jr.<br><br>Filed in State Court: November 15, 2022<br>Removed to NDCA: December 21, 2022<br>Trial Date:  September 9, 2024. |

STIPULATION TO EXTEND JURISDICTION OVER CONDITIONALLY DISMISSED DEFENDANT ELECTROLUX HOME PRODUCTS, INC., AS SUCCESSOR IN INTEREST TO COPES-VULCAN [Case No. 4:22-cv-09058-HSG]

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs Michael R. Marcus and Victoria L. Marcus ("Plaintiffs") and ELECTROLUX HOME PRODUCTS, INC., AS SUCCESSOR IN INTEREST TO COPES-VULCAN ("Defendant") hereby stipulate as follows:

1. On November 15, 2022, Plaintiffs filed their Complaint for Personal Injury and Loss of Consortium – Asbestos in the Superior Court of the State of California, Couty of Alameda Case No. 22CV021840.

2. On December 21, 2022, the above action was removed to the United States District Court, Northern District of California, Case No. 4:22-09058.

3. On August 29, 2024, Plaintiffs and Defendant reached an agreement of all claims in this action.

4. On September 04, 2024, the Court granted a conditional dismissal with prejudice as to ELECTROLUX HOME PRODUCTS, INC., AS SUCCESSOR IN INTEREST TO COPES-VULCAN, with the Court retaining jurisdiction for 60 days.

5. While all terms of settlement are agreed upon, the terms of settlement are not yet perfected. Plaintiffs and Defendant agree that this matter should not be litigated due to the agreed-upon resolution.

6. Therefore, Plaintiffs and Defendant stipulate and request that this Court retain jurisdiction over the matter as it pertains to Defendant ELECTROLUX HOME PRODUCTS, INC., AS SUCCESSOR IN INTEREST TO COPES-VULCAN, for an additional forty-five (45) days.

DATED: November 5, 2024                     Maune Raichle Hartley French & Mudd LLC

By: _____
Rabiah N. Oral
Attorney for Plaintiffs

DATED: November 7, 2024                    TUCKER ELLIS LLP

                                           By:   */s/ Nicole Gage*
                                                 Nicole E. Gage
                                                 Attorneys for ELECTROLUX HOME
                                                 PRODUCTS, INC., as successor in interest
                                                 to COPES-VULCAN

**LOCAL RULE 5-1(i)(3) SERVICE AND FILING OF PLEADINGS AND OTHER PAPERS**

In accordance with L.R5-1(i)(3), I, Rabiah N. Oral, attest that all signatories identified above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: November 5, 2024                    By:   _____
                                                 Rabiah N. Oral, Esq.
                                                 Attorney for Plaintiffs

2
STIPULATION TO EXTEND JURISDICTION OVER CONDITIONALLY DISMISSED DEFENDANT ELECTROLUX HOME PRODUCTS, INC., AS SUCCESSOR IN INTEREST TO COPES-VULCAN

**ORDER**

Having read and considered the foregoing stipulation of parties, and good cause appearing:

PURSUANT TO STIPULATION, IT IS SO ORDERED that the terms of settlement between PLAINTIFFS and Defendant ELECTROLUX HOME PRODUCTS, INC., AS SUCCESSOR IN INTEREST TO COPES-VULCAN, are to be perfected within forty-five (45) days of this order. The Court retains jurisdiction over the matter as it pertains to Defendant ELECTROLUX HOME PRODUCTS, INC., AS SUCCESSOR IN INTEREST TO COPES-VULCAN, for forty-five (45) days from the date of this order.

IT IS SO ORDERED.

DATED:   11/12/2024

_____
Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT COURT JUDGE