1

**MAUNE.RAICHLE.HARTLEY.FRENCH & MUDD, LLC**
David L. Amell, Esq.   (State Bar No. 227207)

2
Rabiah N. Oral, Esq.   (State Bar No. 319905)
1900 Powell Street, Suite 200

3
Emeryville, California 94608
Telephone:  (800) 358-5922

4
Facsimile:  (314) 241-4838
damell@mrhfmlaw.com

5
roral@mrhfmlaw.com

6
Attorneys for Plaintiffs

7

8
                    UNITED STATES DISTRICT COURT

9
                 NORTHERN DISTRICT OF CALIFORNIA

10

11
MICHAEL R. MARCUS and VICTORIA L. MARCUS,

Case No.: 4:22-cv-09058-HSG

12
                 Plaintiffs,

[Alameda County Superior Court Case No.: 22CV021840]

13
vs.

**STIPULATION TO EXTEND JURISDICTION OVER CONDITIONALLY DISMISSED DEFENDANT FOSTER WHEELER ENERGY CORPORATION; ORDER**

14

15
AIR & LIQUID SYSTEMS CORPORATION, *et al.,*

16
                 Defendants.

17
Courtroom:      02, 4th Floor
District Judge: Hon. Haywood S. Gilliam Jr.

18

19
Filed in State Court: November 15, 2022
Removed to NDCA: December 21, 2022

20
Trial Date:       September 9, 2024.

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND JURISDICTION OVER CONDITIONALLY DISMISSED DEFENDANT FOSTER WHEELER ENERGY CORPORATION [Case No. 4:22-cv-09058-HSG]

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs Michael R. Marcus and Victoria L. Marcus ("Plaintiffs") and FOSTER WHEELER ENERGY CORPORATION ("Defendant") hereby stipulate as follows:

1. On November 15, 2022, Plaintiffs filed their Complaint for Personal Injury and Loss of Consortium – Asbestos in the Superior Court of the State of California, Couty of Alameda Case No. 22CV021840.

2. On December 21, 2022, the above action was removed to the United States District Court, Northern District of California, Case No. 4:22-09058.

3. On September 10, 2024, Plaintiffs and Defendant reached an agreement of all claims in this action.

4. The terms of settlement are not yet perfected, but Plaintiffs and Defendant agree that this matter should not be litigated due to the agreed-upon resolution.

5. While all terms of settlement are agreed upon, the terms of settlement are not yet perfected. Plaintiffs and Defendant agree that this matter should not be litigated due to the agreed-upon resolution.

6. Therefore, Plaintiffs and Defendant stipulate and request that this Court retain jurisdiction over the matter as it pertains to Defendant FOSTER WHEELER ENERGY CORPORATION, for an additional sixty (60) days.

DATED: December 10, 2024          Maune Raichle Hartley French & Mudd LLC

By: _____
     Rabiah N. Oral
     Attorney for Plaintiffs

DATED: December 10, 2024          Hugo Parker, LLP

By: _____/s/ Robert Bugatto_____
     Edward R. Hugo
     Robert J. Bugatto
     Bina Ghanaat
     Attorneys for Foster Wheeler Energy
     Corporation

1

STIPULATION TO EXTEND JURISDICTION OVER CONDITIONALLY DISMISSED DEFENDANT FOSTER WHEELER ENERGY CORPORATION

**LOCAL RULE 5-1(i)(3) SERVICE AND FILING OF PLEADINGS AND OTHER PAPERS**

In accordance with L.R5-1(i)(3), I, Rabiah N. Oral, attest that all signatories identified above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: December 10, 2024          By: _____

Rabiah N. Oral, Esq.
Attorney for Plaintiffs

STIPULATION TO EXTEND JURISDICTION OVER CONDITIONALLY DISMISSED DEFENDANT FOSTER WHEELER ENERGY CORPORATION

## ORDER

Having read and considered the foregoing stipulation of parties, and good cause appearing:

PURSUANT TO STIPULATION, IT IS SO ORDERED that the terms of settlement between Plaintiffs and Defendant FOSTER WHEELER ENERGY CORPORATION, are to be perfected within sixty (60) days of this order. The Court retains jurisdiction over the matter as it pertains to Defendant FOSTER WHEELER ENERGY CORPORATION, for sixty (60) days from the date of this order.

IT IS SO ORDERED.

DATED:    12/12/2024

Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT COURT JUDGE

STIPULATION TO EXTEND JURISDICTION OVER CONDITIONALLY DISMISSED DEFENDANT FOSTER WHEELER ENERGY CORPORATION